## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARRELL A. BRITTINGHAM | * | |
| Plaintiff | * | |
| vs. | * | Civil No.: AMD 02 CV 4055 |
| JOSEPH E. McGEENEY, et al. | * | |
| Defendants | * | |

FEB 2 4 2003

BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

### ORDER

Upon consideration of the Motion for Leave to File an Amended Complaint, and the parties' consent thereto, it is this 24th day of February, 2003, by the United States District Court for the District of Maryland,

**ORDERED**, that the same be and hereby is granted.

_____
ANDRE M. DAVIS
Judge, United States District Court for
the District of Maryland

McCARTHY
&
COSTELLO
L.L.P
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562



COPIES TO:

    MICHAEL L. SANDUL, Esquire
    McCarthy & Costello, L.L.P.
    4201 Northview Drive
    Suite 410
    Bowie, Maryland 20716

    JOHN F. BREADS, JR., Esquire
    7172 Columbia Gateway Drive
    Suite E
    Columbia, Maryland 21046

    FRANK MANN, Esquire
    Office of the Attorney General
    200 St. Paul Place
    Baltimore, Maryland 21201

    DONNA S. TURNER, President
    The Town Council of Centreville, Inc.
    101 Lawyers' Row
    Centreville, Maryland 21617

    MR. JOSEPH E. McGENNEY
    113 Overlook Drive
    Queenstown, Maryland 21658

McCARTHY
&
COSTELLO
L.L.P
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562