FILED ENTERED

MAR 2 4 2003

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
for the
DISTRICT OF MARYLAND

***

DARRELL A. BRITTINGHAM
**Plaintiff**

:Case # AMD02CV4055

vs.

JOSEPH E. McGENNEY
CHARLES GREENE
JOHN HETTINGER &
TOWN COUNCIL of CENTERVILLE, INC
**Defendants**

***

PROOF OF SERVICE

RETURN OF LAWRENCE F. ROBINSON, SR., PRIVATE PROCESS SERVER

   The undersigned hereby certifies that he executed service of process upon **Mr. Joseph McGenney**, on February 12, 2003, at 8:15 a.m., 1303 Blakewood Ct., Baltimore, MD 21222, by personally hand delivering to him a **Writ of Summons** and **Complaint**, in the within case.

   The undersigned hereby certifies that he is over 18 years if age and not a party to this action.

   I do solemnly declare under the penalties of perjury that the matters and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Lawrence F. Robinson, Sr.
Chesapeake Investigations
P.O. Box 302, Churchton, MD 20733
(410) 867-1659