AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Darrell A. Brittingham
312 Ewington Road
Church Hill, Maryland 21623
      Plaintiff
      v.

Joseph E. McGenney
   and
Charles Greene
   and
John Hettinger
   and
Town Council of Centreville, Inc.

      Defendants

**SUMMONS IN A CIVIL CASE**

CASE    AMD 02 CV 4055

TO: (Name and address of Defendant)

    Town Council of Centreville, Inc.
    Serve:  Donna S. Turner, President
            101 Lawyers' Row
            Centreville, Maryland  21617

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Michael L. Sandul, Esquire
    McCarthy & Costello, L.L.P.
    One Town Center
    4201 Northview Drive, Suite 410
    Bowie, Maryland  20716-2668

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                              12-17-02
CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 6, 2003 |
| NAME OF SERVER (PRINT) John R Thomas Jr. | TITLE Private Investigator |

FILED ENTERED
LODGED RECEIVED

MAR 24 2003

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where 101 Lawyers Row, Centerville, MD 21617 @ 1:57 p.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☑ Other (specify): Ms. Turner's home address is 307 South Liberty Street, Centerville, MD 21617. Summons was served on Donna Turner.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed   1/6/03
                 Date                    Signature of Server: John R Thomas Jr.

116 Shaeffer Road, Chestertown, MD 21620
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.