IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DARRELL A. BRITTINGHAM, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. AMD 02-4055 |
| | : | |
| JOSEPH E. McGEENEY, et al., | : | |
|     Defendants | : | |

...o0o...

## ORDER

Plaintiff has filed a complaint, an amended complaint, and, with leave of court, a second amended complaint. In the meantime, one or more defendants have filed motions to dismiss the complaint, to which an opposition was filed, and a motion to dismiss the amended complaint, to which no response has been filed. Defendants have not filed a response to the second amended complaint. In an effort to make sense of this file, this Order is entered.

It is this 14th day of April, 2003, by the United States District Court for the District of Maryland, ORDERED

(1) That the Motions to Dismiss (Paper Nos. 3 and 10) are GRANTED WITHOUT PREJUDICE; and it is further ORDERED

(2) That defendants shall answer or otherwise move as to the SECOND AMENDED COMPLAINT on or before April 21, 2003.

_____/s/_____
ANDRE M. DAVIS
United States District Judge