JOHN F. BREADS, JR.
ATTORNEY AT LAW
DIRECTOR, LEGAL SERVICES
_____
7172 COLUMBIA GATEWAY DRIVE, SUITE E, COLUMBIA, MD 21046
TEL 410.312.0880    FAX 410.312.0993
JBREADS@LGIT.ORG

April 14, 2003

The Honorable André M. Davis
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

        Re:    *Darrell A. Brittingham v. Joseph E. McGeeney, et al.*
                Civil No. AMD 02-4055

Dear Judge Davis:

      The flurry of filings in this case has left us all confused, including, apparently, the Clerk's Office. Plaintiff's counsel, Michael Sandul, assured us today that he has not filed a "Second Amended Complaint" in this action. He filed an Amended Complaint on February 19, 2003, accompanied by a Motion for Leave to Amend. Although the certificate of service on the Motion reflects a mailing date of February 14, the Motion was not entered on the docket until February 24. I received my copy on February 19th, with the Amended Complaint. On February 24, the Court granted Plaintiff's Motion for Leave to File Amended Complaint. Thereafter, on February 27, I again moved to dismiss or for summary judgment on behalf of Defendants Greene and Heddinger. This motion was unopposed. In short, there is no Second Amended Complaint for Defendants to respond to.

      I also note that the Order granting the Motions to Dismiss without prejudice, and requiring Defendants to respond to the Second Amended Complaint was executed on April 14. The docket, however, reflects April 12.

      I hope this information is of assistance and await further input from the Court.

                                Very truly yours,

                                /s/
                              John F. Breads, Jr.

cc:      Michael L. Sandul, Esquire