April 22, 2003

Honorable Andre M. Davis
United States District Judge
United States District Court for the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    **Brittingham vs. McGeeney, et al.**
              **Case No.: AMD 2002-4055**

Dear Judge Davis:

    In response to your Memorandum to Counsel on April 22, 2003, please be advised that on March 20, 2003 I filed with the Court proof of service upon both Defendants, The Town Council of Centreville on January 6, 2003 and on Mr. McGeeney on February 12, 2003. The insurer for these Defendants had requested additional time to investigate the matter and obtain counsel to which I did not object. I was contacted in mid-March 2003 by the attorneys for these Defendants who requested additional time to respond. Again, I did not object. I apologize for any problems this may have caused the Court. I only thought it appropriate to extend this courtesy to the Defendants.

    With regard to the Defendant's Second Motion to Dismiss, I believed that they raise basically the same points that they had in their original Motion and that my response to that Motion was sufficient. If I am incorrect in that assumption, I apologize.

Honorable Andre Davis
United States District Judge
United States District Court for the District of Maryland
April 22, 2003
Page Two
_____

      Thank you for your attention to this matter.

                              Very truly yours,


                              Michael L. Sandul

MLS/pmv
cc:    John F. Breads, Jr., Esquire
       Michael T. Hamilton, Esquire