**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

April 24, 2003

MEMORANDUM TO COUNSEL RE:

Mid-State Surety v. Madigan Construction, **AMD 00-1037**; Witcher v. Westphal, AMD **00-2676**; Henderson v. ResCare, Inc., AMD **01-4008**; D.T. Construction v. Garrett County, AMD **02-1863**; Ashagre v. Coca-Cola, AMD **02-2032**; Peters v. Davis, AMD **02-2357**; Harford Mutual v. Potomac Electric AMD **02-2412**; Johnson v. Dept. of Health, AMD **02-2448**; Intelecom Systems v. Telebright Corp., AMD **02-2527**, Jemal's Fairfield v. Prince George's County, AMD **02-2881**; Eicks, v. New Baltimore City Board of Education, AMD **02-3575**; Brittingham v. McGeeney, AMD **02-4055**;  Pierce v. Maryland National Guard, AMD **02-4177**; Castrol North America, Inc. v. Russell Motor Cars, Inc., AMD **03-156**; Paolone v. Wal-Mart Stores, Inc., AMD **03-650**; Wilford v. Claire's Boutiques, Inc., AMD **03-763**; Schumann v. O'Keefe, AMD **03-974**

  As you may know, Judge-designate Bennett will be joining the court next week. Needless to say, we are delighted to be welcoming our new colleague.

  Judge Bennett's initial inventory of civil cases will be assembled, as in the past upon the arrival of a new judge on the court, by transfers from the dockets of other judges. This is to advise you that the above-titled cases are being transferred from my docket to Judge Bennett's. If you have an outstanding request to modify scheduling order or similar non-dispositive request or motion (as I know that one or two of you do), I will flag that request for Judge Bennett; I am certain that you will hear from him in short order. You should assume that the existing scheduling order will remain in effect unless and until the court orders otherwise.

         Very truly yours,

         /s/

         Andre M. Davis
         United States District Judge

AMD:tt