# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

ATTORNEYS AT LAW

THE BONAPARTE BUILDING
8 EAST MULBERRY STREET
BALTIMORE, MD 21202-2105

(410) 385-8335
FAX: (410) 385-5883

| PHILADELPHIA OFFICE | NEW JERSEY OFFICE |
|---|---|
| 1800 JFK BLVD. - SUITE 1200 | COOPER RIVER PARK |
| PHILADELPHIA, PA 19103 | 6981 N. PARK DRIVE - SUITE 300 |
| (215) 564-6688 | PENNSAUKEN, NJ 08110 |
| (215) 564-2526 | (856) 663-4300 |
| | FAX: (856) 663-4439 |
| BUCKS COUNTY OFFICE | PITTSBURGH OFFICE |
| 10 SOUTH CLINTON STREET - SUITE 106 | SUITE 3200 - GULF TOWER |
| DOYLESTOWN, PA 18901 | 707 GRANT STREET |
| (267) 880-3696 | PITTSBURGH, PA 15219 |
| FAX (267) 880-0545 | (412) 391-6171 |
| | FAX: (412) 391-8804 |
| MONTGOMERY COUNTY OFFICE | DELAWARE OFFICE |
| 411 CHERRY STREET | 913 N. MARKET STREET - SUITE 800 |
| NORRISTOWN, PA 19401 | WILMINGTON, DE 19801 |
| (610) 277-7601 | (302) 658-6538 |
| | FAX: (302) 658-6537 |
| | **MICHAEL T. HAMILTON** |
| | MEMBER OF PA, NJ, DC & MD BARS |
| | MHAMILTONI@MOOCLAW.COM |

October 6, 2003

The Honorable Richard D. Bennett
U.S.D.C. For the District of Maryland
4415 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

    RE:    Darrell Brittingham v. Joseph E. McGeeney, et al.
            U.S.D.C. For the District of MD - AMD 02 CV 4055
            <u>Our File No.:    796-69518</u>

Dear Judge Bennett:

    Please be advised that Defendants, Joseph E. McGeeney and Town of Centreville, have no objection to the deposition hours of 30 hours allotted in your Scheduling Order for defense of its case. Additionally, be advised that defendants have no objection to proceeding before a Magistrate Judge on this matter.

    Thank you for your attention.

                              Very truly yours,

                              **MARKS, O'NEILL, O'BRIEN**
                              **& COURTNEY, P.C.**

                              BY:_____
                                  Michael T. Hamilton

MTH\rj

cc:    Michael L. Sandul, Esquire

PH045566.1