## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DARRELL A. BRITTINGHAM** | \* | |
| **Plaintiff** | \* | |
| vs. | \* | **Civil No.: 02 CV 4055 RDB** |
| **JOSEPH E. McGEENEY, et al** | \* | |
| **Defendants** | \* | |

_____

## INITIAL REPORT

The parties by their attorneys submit this Initial Report to the Court pursuant to the Scheduling Order, as follows:

1. **Early Settlement/ADR Conference**

   The parties agree that ADR may prove beneficial but Defendants would like to complete some discovery before ADR.

2. **Deposition Hours**

   The parties agree there will be 30 hours of depositions of fact witnesses.

3. **Unanimous Consent to Proceed Before a United States Magistrate Judge** - Yes.

McCARTHY & COSTELLO, L.L.P.

By: _____
MICHAEL L. SANDUL
One Town Center
4201 Northview Drive
Suite 410
Bowie, Maryland 20716
(301) 262-7422

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10TH day of October, 2003, a copy of the foregoing Initial Report was mailed, postage prepaid to:

**JOHN F. BREADS, JR., Esquire**
7172 Columbia Gateway Drive
Suite E
Columbia, Maryland 21046
Attorney for Defendants Heddinger & Greene

**FRANK MANN, Esquire**
Office of the Attorney General
200 St. Paul Place
Baltimore, Maryland 21201

**MICHAEL T. HAMILTON, Esquire**
The Bonaparte Building
8 E. Mulberry Street
Baltimore, Maryland 21202-2105

_____
MICHAEL L. SANDUL

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562