# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
MDD_skgchambers@mdd.uscourts.gov
(410) 962-4953
(410) 962-2985 - Fax

October 27, 2003

Michael L. Sandul, Esq.
McCarthy and Costello, LLP
One Town Center
4201 Northview Drive, Suite 410
Bowie, MD 20716-2668

Michael T. Hamilton, Esq.
Marks O'Neill O'Brien and Courtney, PC
8 East Mulberry Street
Baltimore, MD 21202-2105

> Re:  Darrell A. Brittingham v. Joseph E. McGeeney, et al.
>      Civil No. SKG-02-4055

Dear Counsel:

The above-entitled case has been assigned to me for further proceedings based on your status reports.  Accordingly, appropriate consent forms should be accessed on the courts website: www.mdd.uscourts.gov by going to "Policies and Publications," clicking on "Forms," and select the form "Consent to Proceeding Before U.S. Magistrate Judge."  Your electronic form should then be electronically filed.

This will confirm the Scheduling Order entered by Judge Bennett on September 16, 2003.  If, however, you would like to discuss a modification, please call my chambers to set up a telephone conference.  Otherwise, a status/scheduling conference will be scheduled after submission of the status report which is due January 29, 2004.  Also, if you would like to schedule a mediation with the Court (either myself or another magistrate judge), please advise.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,
/s/
Susan K. Gauvey
United States Magistrate Judge

cc:  Court File