IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

#796-69518

| | |
|---|---|
| DARRELL A. BRITTINGHAM | : |
| v. | : |
| JOSEPH E. McGEENEY, CHARLES GREENE, JOHN HEDDINGER, and TOWN COUNCIL OF CENTREVILLE, INC. | : CASE NO.: **AMD 02 CV 4055** |

**GENERAL CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

     In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgement.

**NAMES OF PARTIES**

---

Joseph E. McGeeney and
Town Council of Centreville, Inc.

**SIGNATURE OF PARTY OR COUNSEL**

---

Michael T. Hamilton, Esquire
Attorney for Joseph E. McGeeney and
Town Council of Centreville, Inc.

Dated: **October 29, 2003**

PH064843.1