### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MARYLAND

| | |
|---|---|
| **DARRELL A. BRITTINGHAM**      * | |
| * | |
| **Plaintiff**      * | |
| * | |
| vs.      * | Civil No.: 02 CV 4055 SKG |
| * | |
| **JOSEPH E. McGEENEY, et al**      * | |
| * | |
| **Defendants**      * | |

_____

### GENERAL CONSENT TO PROCEED BEFORE
### A UNITED STATES MAGISTRATE JUDGE

The Plaintiff, Darrell Brittingham, by and through his attorneys, Michael L. Sandul and McCarthy & Costello, L.L.P., in accordance with the provisions of Title 28 U.S.C. Section 636(c), hereby voluntarily waives his right to proceed before a United States District Court Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

McCARTHY & COSTELLO, L.L.P.

By: _____
MICHAEL L. SANDUL
One Town Center
4201 Northview Drive
Suite 410
Bowie, Maryland 20716
(301) 262-7422
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

      **I HEREBY CERTIFY** that on this 6TH day of November, 2003, a copy of the foregoing GeneralConsent Form to Proceed Before a United States Magistrate Judge was mailed, postage prepaid to:

**JOHN F. BREADS, JR., Esquire**
7172 Columbia Gateway Drive
Suite E
Columbia, Maryland 21046
Attorney for Defendants Heddinger & Greene

**MICHAEL T. HAMILTON, Esquire**
Marks, O'Neill, O'Brien & Courtney
The Bonaparte Building
8 East Mulberry Street
Baltimore, Maryland 21202
Attorney for Defendants McGeeney & Town of Centreville

_____
MICHAEL L. SANDUL

McCARTHY
&
COSTELLO
L.L.P.
One Town Center
4201 Northview Drive
Suite 410
Bowie, MD 20716
Phone 301-262-7422
Fax 301-262-0562