IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

DARRELL A. BRITTINGHAM  *
                        *
    Plaintiff            *
                        *
vs.                      *   Civil No.: 02 CV 4055 SKG
                        *
JOSEPH E. McGEENEY, et al *
                        *
    Defendants           *

_____

## STATUS REPORT

The parties by their attorneys submit this Status Report to the Court.

1. **Discovery**: All discovery has been completed with the exception of the deposition of Charles Green whose deposition was noted but due to call-up by the United States Army he was unable to attend. Counsel are working with the attorney for Mr. Green to arrange for a mutually agreed to deposition date. The Defendant has requested and the Plaintiff has consented to a vocational rehabilitation evaluation on April 6, 2004. Neither of these matters will delay the trial date nor the Settlement Conference on June 1, 2004.

2. **Motions**: There are no motions pending. The Defendant may file dispositive motions as to some of the Counts.

3. **Trial:** The case is to be tried by a jury and it is anticipated that it will take three (3) days.

MCCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

4. **Settlement:** The parties have met on several occasions to discuss settlement. The Plaintiff has made a demand to settle. No offer has been extended. The parties are scheduled to attend a Settlement Conference on June 1, 2004 before the Honorable United States Magistrate Judge Susan K. Gauvey.

5. **Other Matters:** The Defendant has stipulated to the authenticity and genuineness of the medical records and bills and that the bills are fair and reasonable. The Defendant contests causal connection to the incident which is the subject of the Plaintiff's Complaint. The issues remaining for trial will be liability and damages.

McCARTHY & COSTELLO, L.L.P.

By: _____
MICHAEL L. SANDUL
One Town Center
4201 Northview Drive, Suite 410
Bowie, Maryland 20716
(301) 262-7422
Attorney for Plaintiff

MARKS, O'NEILL, O'BRIEN & COURTNEY

By: _____
MICHAEL T. HAMILTON
The Bonaparte Building
8 East Mulberry Street
Baltimore, Maryland 21202
Attorney for Defendant

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

- 2 -