# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

DARRELL A. BRITTINGHAM                :

     Plaintiff                           :

                           :    CASE NO.    ORIGINAL

v.                                    :    AMD 02 CV 4055

JOSEPH E. McGEENEY,

AND TOWN COUNCIL OF                   :

CENTREVILLE, INC.                     :

     Defendants                          :    Pages 1 - 180


Deposition of Darrell A. Brittingham

Centreville, Maryland

Thursday, February 26, 2004


Reported by:  Linda H. Cole, Notary Public

63

1      A     No.  Actually, no, I didn't work.  It was a

2  Saturday.

3      Q     Okay.  So the 18th was a Saturday, or the

4  19th was a Saturday?

5      A     The 18th was a Saturday.  This happened

6  early in the morning on the 19th.

7      Q     Which would have been early Sunday morning?

8      A     Yes.

9      Q     What did you do, if you recall, when you got

10  up -- did you work Friday the 17th?

11      A     Yes.

12      Q     Tell me what you did on Saturday the 18th

13  from the time you got out of bed, if you recall.

14      A     Just ate breakfast and watched television

15  until I was ready to go pick up my uncle.

16      Q     What time did you pick up your uncle?

17      A     I don't know, 6:00 or 7:00 in the evening.

18      Q     What uncle was that?

19      A     That was Nat Ervin.

20      Q     Is that I-R-V-I-N?

21      A     E-R-V-I-N.

Esquire Deposition Services

64

1      Q      Where does Mr. Ervin live?

2      A      Wye Mills.

3      Q      Why were you picking up Mr. Ervin?

4      A      We were going over to Dover Downs that night

5    to gamble.

6      Q      How far is it from Wye Mills to Dover Downs?

7      A      It's a good hour or something like that.

8      Q      What route would you travel to go there?

9      A      We took 404 to Route 10, and then we got on

10   Route 13 from there.

11     Q      Did you go to Dover Downs often with Mr.

12   Ervin?

13     A      Yes.

14     Q      And is Mr. Ervin -- how is he your uncle?

15   What side of the family is he related to?

16     A      He's my mom's older brother.

17     Q      Would you go there often with him?

18     A      Yes.

19     Q      How old of a gentleman is he?

20     A      He's 61 now.

21     Q      Where does he work?

65

1      A    He works for the Department of Roads.

2      Q    Was he with the Department of Roads when you

3  worked at the Department of Roads?

4      A    Yes.

5      Q    Were you on the same crew?

6      A    No.

7      Q    What time did you arrive at Dover Downs?

8      A    Around 9:00.

9      Q    What did you do while you were at Dover

10  Downs?

11      A    Mostly gambled.  He's not a big gambler; he

12  just sat at the bar.  But me, personally, I love to

13  gamble so I mainly gambled.

14      Q    What games did you play?

15      A    The quarter and nickel machines.

16      Q    So you were primarily on the slot machines.

17  Did you play any blackjack or roulette?

18      A    No.  They don't have anything like that over

19  at Dover Downs.  It's all slot machines.

20      Q    While you were at Dover Downs, did you drink

21  any alcohol?

Esquire Deposition Services

1      A      Yeah.  I had one or two beers.

2      Q      Do they have waitress service?

3      A      You have to pay for it.  It's not like

4  Atlantic City.

5      Q      But while you're at the slot machines, do

6  waitresses or waiters come around and ask you if you

7  want a drink?

8      A      Yeah.

9      Q      Do they provide any free drinks?

10     A      No.

11     Q      Any water or sodas?

12     A      You can get sodas and stuff, but you still

13  have to pay for them.

14     Q      But you could get the drinks, the alcohol or

15  the soda, without ever leaving the slot machine.  Is

16  that correct?

17     A      Yes.

18     Q      And you believe you had one or two beers

19  that night?

20     A      Yes.

21     Q      How long were you at Dover Downs?

1      Q     And from there, where were you going?

2      A     I was going home after I dropped him off.

3      Q     So you were going from Wye Mills to Church

4   Hill?

5      A     Yes.

6      Q     How long does it take to get from Wye Mills

7   to Church Hill?

8      A     About half an hour.

9      Q     What route would you drive from Wye Mills to

10  Church Hill?

11     A     I take 213 all the way.

12     Q     Any reason why you take 213?

13     A     I've just always done it.  I don't like 301,

14  personally.

15     Q     Any particular reason why you don't like

16  301?

17     A     I just don't like it.

18     Q     Would 301 be quicker?

19     A     It's about the same time frame either way.

20     Q     So you took 213, and you arrived in

21  Centreville?

1      A      Yes.

2      Q      And would you tell me what happened on your

3  way home from Wye Mills?

4      A      When I was going through Centreville, I

5  turned off on Little Kidwell Avenue.  I like to go the

6  back way through Centreville late at night, because

7  the cops used to linger.

8      Q      Where would they linger?

9      A      Up by the bank, they would sit around there.

10     Q      Is that on 213?

11     A      It's still called 213, yeah.  So like I said

12  I like to take the back way around, because even if

13  you haven't been drinking that late at night they

14  still would find a reason to pull you over.

15     Q      What if you took 301 -- they wouldn't be out

16  there, would they?

17     A      Well, you've got to go right past the police

18  station on 301.

19     Q      Coming from Wye Mills?

20     A      Yeah.  You've still got to pass the state

21  police barracks.

Esquire Deposition Services

72

1        Q    So you're going down 213 and you make a

2   right on --

3        A    I made a right on Little Kidwell Avenue.

4   And as I was driving through Little Kidwell Avenue

5   there was a congregation of about 25 to 30

6   African-Americans standing on the side, and the next

7   thing I know is I hear what I assume was a beer bottle

8   hitting my car.

9        Q    Were they on the right side or the left

10  side?

11       A    The right-hand side.

12       Q    Were they all on the right-hand side?

13       A    They were all on the right-hand side.

14       Q    Were they just hanging out?

15       A    Yeah.

16       Q    What was the weather like?

17       A    It was cold, because it was in December.

18       Q    Do you recall how cold it was?

19       A    No.  I can't remember how cold it was.

20       Q    Was it clear?

21       A    Yes, it was clear.

73

1       Q    The roads were dry?

2       A    Yes.

3       Q    It wasn't snowing or anything?

4       A    No.

5       Q    So there were about 25 black people on the

6 corner?

7       A    Yes.

8       Q    And they were just hanging out?

9       A    There's a club down at the end of that area.

10 I'm assuming the club just let out, so they must have

11 just got done partying or something.  I don't know.

12      Q    So where were the 25 people in relationship

13 to the club?  How far away were they?

14      A    100 feet, maybe.

15      Q    From the club?

16      A    Yeah.

17      Q    Were they walking or standing still?

18      A    They were all standing still.

19      Q    What time of the evening was that -- or I

20 guess I should say what time in the morning was that?

21      A    It was between 2:00 and 2:30.

Esquire Deposition Services

77

1      Q    And where would you go from there?

2      A    Then that would put me back on 213, and then

3  I'd just go straight to home.

4      Q    To Church Hill?

5      A    Yes.

6      Q    You said you made a left onto Brown.  Does

7  Brown run into regular Kidwell?

8      A    Yes, it does.

9      Q    So there's no right or left necessary, it

10  just merges right into Kidwell?

11      A    No.  Brown is a two-way street -- I mean big

12  Kidwell is a two-way street.  Brown comes to a stop

13  sign, and you can make a right or a left there, either

14  one.

15      Q    Okay.  And if you go straight then it

16  becomes Kidwell, or do you make a right or a left on

17  it?

18      A    You can make a right or a left onto Kidwell.

19      Q    Okay.  What did you do?  What would you do

20  to go home?

21      A    I would make a left.

Esquire Deposition Services

78

1        Q     So you made the left off of Little Kidwell.

2    How long is Little Kidwell?

3        A     It's not over a half a mile long.

4        Q     Do you drive the whole length of it once you

5    make a right?

6        A     Oh, yeah.

7        Q     So you make a right off 213 onto Little

8    Kidwell, and the whole length of Little Kidwell you

9    drive before you make a left onto Brown?

10       A     Yes.

11       Q     Where is the club on Little Kidwell?

12       A     It's about halfway through.

13       Q     So it's in the middle?

14       A     In the middle.

15       Q     Where was the congregation of black

16   people -- they were before you get to the club?

17       A     What there is is if you've got Little

18   Kidwell Avenue, and in the middle -- the club's right

19   about here --

20                    (Witness indicating.)

21       A     -- there's a like little dirt road leads

1    back to the club.    They were all standing right around

2    this area right next to the sidewalk.

3           Q     Was there much traffic that evening?

4           A     No, there wasn't.

5           Q     So you drove down the street, and you said

6    you got hit with something?

7           A     Yes.

8           Q     What did you get hit with?

9           A     It sounded like -- it made a loud pop.    I

10   had a feeling that it was like a 32-ounce beer bottle.

11          Q     Did it hit your car?

12          A     Yes, it did.

13          Q     Where did it hit the car?

14          A     It hit the front.

15          Q     Where in the front?

16          A     Right above the front corner panel, above

17   the tire.

18          Q     Okay.    On the side?

19          A     On the side of it.

20          Q     So it would be like the side quarter panel

21   or fender?

Esquire Deposition Services

80

1        A    Yes.

2        Q    Was there damage to your car?

3        A    Yes, there was.

4        Q    Did you file a claim with your insurance

5   company for the damage?

6        A    Yes, I did.

7        Q    Who was your insurance company at the time?

8        A    Prudential.

9        Q    Do you recall the amount of damage done to

10  the car?

11       A    It was about $1,600 worth of damage.  I

12  ended up pulling the claim out.  I never got it fixed.

13  I don't know why, but I did.

14       Q    So a 32-ounce beer bottle would cause that

15  much of a dent to your quarter panel?

16       A    Yeah, because I had to replace the whole

17  quarter panel.

18       Q    Did it break any lights or headlights?

19       A    No, it didn't.

20       Q    When did you file a claim with your

21  insurance company?

81

1    A    A couple of days after it happened.

2    Q    Did you have local agent that you would

3  call?

4    A    No.  I had to use the 800 number for the

5  claims department.

6    Q    Did you take the car to a garage to get an

7  estimate?

8    A    Yes.

9    Q    What garage did you take it to?

10    A    Actually -- I'm trying to think -- I

11  actually took it to my neighbor first because he was a

12  mechanic.

13    Q    What's your neighbor's name?

14    A    Brian Higgs (phonetic).  He actually took it

15  to the garage that he was working for.  I think it was

16  Gino's Automotive in Chestertown, but like I say I'm

17  not positive about that.

18    Q    Did Gino's Automotive give you an appraisal?

19    A    That's where I come up with the $1,600

20  figure.

21    Q    In Chestertown?

82

1     A     Yes.

2     Q     What was your neighbor's name?

3     A     Brian Higgs.

4     Q     And that's where he works?

5     A     That's where he did work at the time.

6     Q     Is he still your neighbor?

7     A     No, he's not.

8     Q     Do you know where he lives?

9     A     He lives right off of 213 now.

10    Q     In Church Hill?

11    A     It would be considered Church Hill Road,

12   yeah.

13    Q     Did Gino's Automotive give you a written

14   estimate?

15    A     No, they did not.

16    Q     So they gave you a verbal?

17    A     Yes.

18    Q     And so you provided a verbal claim to your

19   insurance company?

20    A     Yeah.  Like I said, I withdrew the claim.

21    Q     So you would have filed that in December of

83

1    '99.  Right?

2        A    Yeah.  Like I say, it was a couple of days

3    after it happened.

4        Q    And when did you withdraw it?

5        A    The next day.  I only left it in there one

6    day.  I never even had the adjuster come out to look

7    at the car or anything like that.

8        Q    Do you still drive that car today?

9        A    No, I don't.  I still have it in my

10   possession.

11       Q    It's a '95 Olds?

12       A    Yes.

13       Q    And it's in your possession.  Is it parked

14   at your house?

15       A    Yes.

16       Q    Does it still have the front-end damage to

17   it?

18       A    Yes, it does.

19       Q    Is the car drivable?

20       A    Yes.

21       Q    Does anyone drive it?

84

1       A       No.   I took the insurance off of it.

2       Q       Do you have it up on blocks?

3       A       No.

4       Q       Is it garage kept?

5       A       No.

6       Q       What do you drive today?

7       A       A '99 Ford Explorer.

8       Q       To get back, you're driving down Little

9   Kidwell and you're hit with a bottle?

10      A       Yes.

11      Q       Did you stop at that point and get out of

12  your car to see what happened to it?

13      A       No.   I took off because I didn't want

14  anything else to happen.  Like I say, it was me and 25

15  people so there wasn't much that I could really do

16  about it.

17      Q       So you rounded the corner on Brown?

18      A       Yes.

19      Q       Then what happened?

20      A       When I turned the corner on Brown Street,

21  that's when I noticed the police car on the right-hand

85

1    side.

2        Q    How fast were you driving down Little

3    Kidwell?

4        A    I couldn't have been going more than 35

5    miles an hour.

6        Q    When you rounded the corner onto Brown how

7    fast were you going?

8        A    Maybe 25 or 30.

9        Q    After you were hit with the beer bottle, did

10   you pick up your speed at all?

11       A    Yeah.

12       Q    How fast do you think you were going after

13   you got hit with the beer bottle?

14       A    About 35.

15       Q    So did you round the corner at 35?

16       A    I slowed down a little bit when I got to the

17   corner.

18       Q    So when you rounded the corner on Brown you

19   saw a police car?

20       A    Yes.

21       Q    How did you know it was a police car?

86

1      A      Because the lights were on.

2      Q      Were there flashing lights?

3      A      Flashing lights.

4      Q      On the roof?

5      A      I can't remember if they were on the roof or

6  if they were on the inside the car.  I just knew it

7  was a police car.

8      Q      Was it from the Centreville police

9  department?

10     A      Yes, it was.

11     Q      Did it have the Centreville insignia on it?

12     A      It had Centreville Police Department on the

13 side of the car.

14     Q      It didn't say sheriff's department?

15     A      Not this particular car.

16     Q      Do you recall what color it was?

17     A      It was blue and white.

18     Q      Where was the blue and where was the white?

19     A      I'm not real sure on that, honestly.  It's

20 whatever color the Centreville cars are.  Like I say,

21 it could have been blue and yellow.  I'm not positive

Esquire Deposition Services

89

1      Q      What did you do at that point?

2      A      I got out of my vehicle and walked over to

3   somebody that was standing there and asked them where

4   the police officer was.

5      Q      When you parked your car, where did you

6   leave your car?

7      A      It was in the middle of the road.

8      Q      So you stopped in the middle of the single

9   lane of traffic?

10     A      Yes.

11     Q      Was there room to pull over to the right?

12     A      Not with all the people standing there, and

13  then there happened to be -- there was regular cars

14  parked up the street, too.

15     Q      So did you leave your door open?

16     A      I believe I did.

17     Q      Did you leave your engine running?

18     A      Yes, I did.

19     Q      And you got out of your car and you walked

20  back -- you walked like towards this congregation of

21  people?

Esquire Deposition Services

90

1       A     Yes.

2       Q     What was on your mind?  What did you want to

3    do?

4       A     I wanted to tell the police officer what had

5    happened to me around the corner because I wanted

6    somebody arrested.

7       Q     You saw the blinking lights?

8       A     Yes.

9       Q     Did you think that the police officer was

10   doing anything in particular?

11      A     I wasn't even thinking about that at the

12   time.

13      Q     Was it a traffic stop?  Was the police

14   officer involved in a traffic stop?

15      A     No.

16      Q     How did you know it wasn't a traffic stop?

17      A     I didn't realize that until I got up closer

18   to the police officer.

19      Q     When you got out of the car you approached

20   this congregation of people and you said where's the

21   police officer?

Esquire Deposition Services

91

1    A    Yes.

2    Q    And how far were you from them?

3    A    The people?

4    Q    Yes.

5    A    Maybe five or 10 feet.

6    Q    Did you recognize anybody?

7    A    No, I didn't.

8    Q    Were they all black people as well?

9    A    Yes, they were.

10    Q    And they directed you towards the police

11 officer?

12    A    I heard the police officer yelling, I'm over

13 here.

14    Q    At that point when you got out of your car,

15 did you ever say those fucking niggers threw a bottle

16 at my car?

17    A    No, I did not.

18    Q    After the police officer called you over,

19 what did you do at that point?

20    A    I explained my situation to him and asked

21 him to arrest somebody.  He proceeded to say that he

92

1    was busy and to stand off to the side, and that's what

2    I did.

3         Q    When you approached him did you see that he

4    was busy doing anything?

5         A    When I got up close to him I saw that he had

6    somebody detained on the ground.

7         Q    Was there anyone else?

8         A    No.

9         Q    The gentleman on the ground, was he

10   handcuffed or anything?

11        A    Yes.  He was when I got up to him.

12        Q    The guy sitting on the ground was?

13        A    Yes.

14        Q    Was there another gentleman sitting on the

15   ground next to him?

16        A    I can't remember if there was or not.

17        Q    Okay.  How close was the congregation of

18   people to the police officer?

19        A    Between 20 and 25 feet.

20        Q    So they were about 25 feet away from him?

21        A    Yes.

Esquire Deposition Services

93

1    Q    That police officer, do you know who he is?

2    A    Yes, I do.

3    Q    What's his name?

4    A    Joseph McGeeney.

5    Q    Is Mr. McGeeney present here today?

6    A    Yes, he is.

7    Q    And this is the gentleman that you

8    approached --

9    A    That's him.

10    Q    -- on my right.  Did you know Officer

11    McGeeney prior to that night?

12    A    Not on a personal level, no.

13    Q    How did you know Officer McGeeney?

14    A    I have seen him in and out of Hillside a few

15    times in my travels.

16    Q    Hillside?

17    A    Hillside grocery store.

18    Q    The place where you used to work?

19    A    Yes.

20    Q    Did you know that Joseph McGeeney was a

21    police officer in Centreville?

Esquire Deposition Services

94

1      A    Yes.

2      Q    Did you ever have an occurrence to be picked

3    up or pulled over or given citations by Officer

4    McGeeney?

5      A    No, I hadn't.

6      Q    So when you walked up to Officer McGeeney

7    you said to him -- you told him what had happened on

8    Little Kidwell?

9      A    Yes.

10     Q    Did he take the time to listen to you?

11     A    Not really.  He just said stand over there.

12   I mean he let me got out what I said, but then he said

13   I'll be with you in a minute and stand off to the

14   side.

15     Q    Did Officer McGeeney see you approaching him

16   when you got out of your car?

17     A    I'm not sure if he did or not.

18     Q    What was the lighting like on Brown Street

19   that night?  Are there street lights?

20     A    Yes.

21     Q    Are they pretty bright?

95

1        A      They seemed to be pretty bright.

2        Q      Could you see the congregation of people

3   that were 25 feet away?

4        A      Yes.

5        Q      Could you see your car on the street --

6        A      Yes.

7        Q      -- when you were talking to Officer

8   McGeeney?

9        A      Yes.

10       Q      Did you ever think that you should have

11  closed your door and turned your engine off?

12       A      I wasn't even thinking about that at the

13  time.

14       Q      What did Officer McGeeney say to you when he

15  said step aside -- did you continue to ask him for

16  help and assistance?

17       A      No.  I did exactly what he said, I stood off

18  to the side.

19       Q      Did you see the gentleman that he was

20  detaining?

21       A      I saw him on the ground, yes.

1     Q     Did he have handcuffs on?

2     A     Yes.

3     Q     Were the cuffs in the front of the gentleman

4  or in the back?

5     A     They were in the back.

6     Q     And was he detaining another gentleman?

7     A     Like I said, I don't remember the other

8  person if there was one.

9     Q     Did you see the circumstances which caused

10 the gentleman to be put into handcuffs?

11    A     No, I didn't.

12    Q     So he had already been in cuffs when you

13 arrived?

14    A     Yes.

15    Q     Was the congregation doing any yelling or

16 screaming?

17    A     They were actually pretty calm.  There was a

18 few of them that were yelling a little bit, but they

19 were calmer than what you would expect.

20    Q     Did you feel intimidated at all?

21    A     A little bit.

1    to detain the suspect or whoever he had on the ground.

2    He wasn't mean or anything.  He seemed to be in a good

3    demeanor at that time.

4        Q    So you started to walk away, and you were

5    tackled?

6        A    Yes.  I was grabbed from behind and thrown

7    face first onto the ground.

8        Q    Did Officer McGeeney ever tell you that you

9    were under arrest?

10        A    No, he did not.

11        Q    Did any of the sheriffs ever tell you that

12    you were under arrest?

13        A    No.

14        Q    After you claim Officer McGeeney knocked you

15    to the ground, what transpired then?

16        A    That's when I got a little flustered.  I was

17    telling them that I had had previous shoulder and back

18    surgery and for them to be careful, and I was trying

19    to resist them putting the cuffs on because I didn't

20    want my shoulder to come out of place.  The next thing

21    I know is I heard a pop, and I knew something was

105

1  wrong with my back, somebody had kneed me so hard.

2  And like I said, when I turned around and I saw

3  Officer McGeeney on my back so he's the one that did

4  it.

5      Q    Okay.  Did the two sheriffs get involved at

6  that point?

7      A    They could have.  I'm not really sure.  I

8  never saw them.  I only looked around to my right side

9  and saw Officer McGeeney.  He's the only one I

10  actually saw on top of me.

11      Q    So where did you put your hands to avoid

12  them putting the cuffs on?

13      A    I tried to keep them underneath of me like

14  this.

15              (Witness indicating.)

16      Q    So you were face down with your hands

17  underneath?

18      A    Yes.

19      Q    And Officer McGeeney was on your back?

20      A    Yes.

21      Q    And did the two sheriffs come to Officer

Esquire Deposition Services