# EXHIBIT "D"

| | | |
|---|---|---|
| STATE | * | IN THE DISTRICT COURT FOR |
| | * | |
| VS. | * | QUEEN ANNE'S COUNTY, |
| | * | MARYLAND |
| DARRELL A. BRITTINGHAM | * | CASE NO. 1M5517 |
| | * | |

* * * * * * *

The following is a transcript of the Court Trial in the above matter held on March 17, 2000 in the District Court for Queen Anne's County, Maryland before The Honorable Floyd L. Parks.

APPEARANCES:

For the State:

Christopher F. Drummond

For the Defendant:

David M. Williams

Melinda S. Kelley
Official Court Reporter
Kent County Circuit Court
103 N. Cross Street
Chestertown, MD 21620

LASER BOND FORM B PENGAD • 1-800-631-6989

PROCEEDINGS

MR. DRUMMOND: State of Maryland versus Darrell A. Brittingham.

THE COURT: Darrell A. Brittingham. Mr. Williams. This is a obstructing and hindering and resisting arrest case.

MR. WILLIAMS: Yes, Your Honor.

THE COURT: Disorderly conduct case. Is there any other case that goes along with it?

MR. WILLIAMS: There's a motor vehicle case, Your Honor, driving while intoxicated.

THE COURT: Driving at excessive speed, driving... driving or attempting to drive while intoxicated.

Do you want to waive the readings of these charging documents?

MR. WILLIAMS: Yes, Your Honor.

THE COURT: What's the plea?

MR. WILLIAMS: Not guilty to all charges.

THE COURT: All charges?

MR. WILLIAMS: Yes, sir.

THE COURT: Okay. And you waive your right to a jury trial?

MR. WILLIAMS: Correct, Your Honor.

THE COURT: And you have told your client what a jury trial is? You heard what I said a jury trial was. Is

LASER BOND FORM B PENGAD • 1-800-631-6989

you under medication foı Exhibit E houlder and low back?

A Yes. I was on

Q What was it?

A Percocet.

Q Have you been back to the doctor since this incident with --

A

ɔlems have increased?

ːp to...I have to take two to three

Ty From ːer form of Percocet. I have to take

th Here get me through the day.

Q Okay. Now, you heard the Officer testify that he observed you wobbling and unsteady on your feet when you walked from your car. What do you have to say about that?

A That's a normal activity for me. If anybody observed me walking anytime, I am wobbly. I can't walk straight. I have a bad back. I have a bad knee. I mean, as far as bloodshot eyes, I wear contacts. You can look at me right now. My eyes are bloodshot.

Q So you are saying you are bloodshot...your eyes are bloodshot all of the time?

A Yes.

Q Okay.

ɔroof to me.

to here

LASER BOND FORM B PENGAD • 1-800-631-6989

I am going to go...I will leave it at that and find you not guilty and give you the benefit of that. It's awful close on resisting arrest because there was a lot of...of... of force to try to not allow yourself to be handcuffed.

At any rate, giving you the...as far as I can go on the benefit of doubt in this case, the verdict is guilty on disorderly conduct.

Do you want to be heard on the sentencing?

MR. WILLIAMS: Yes, Your Honor.

THE COURT: First, the State gets to go.

MR. WILLIAMS: Well, I ask for a clarification, Your Honor. He is guilty of disorderly conduct. Is it not guilty of all of the other charges?

THE COURT: Well, the driving in excess is guilty.

MR. WILLIAMS: Found guilty on that also?

THE COURT: Two charges. The rest of them I found not guilty.

MR. WILLIAMS: Okay. Negligent driving would be not guilty also?

MR. DRUMMOND: Merged.

THE COURT: I already granted a judgement of acquittal on that because I figured it had to merge to one side or the other. If it didn't merge to the drunk driving, it would merge to unreasonable speed.

MR. WILLIAMS: Thank you, Your Honor.

LASER BOND FORM B PENGAD • 1-800-631-6989

what to do in this case? You don't have to make any statements if you don't want to.

MR. BRITTINGHAM: I mean, am I going to get in trouble if I make a statement though?

THE COURT: You don't get in any -- Well, it depends on what you say.

MR. BRITTINGHAM: I mean, I just...I just can't believe that I have been...been charged with anything but maybe speeding. I can't believe that I have been charged with disorderly conduct because the policemen actually are the ones that forced me into it.

COURT'S SENTENCE

THE COURT: Well, I...what I am going to do is I think the situation, taken as a whole, giving you the benefits of the doubt, there is enough evidence here to find you guilty of resisting arrest if I believed it all. When a police officer tells you to do something, you don't get up in the police officer's face, especially when he had got a crowd and he is doing something else. Your...your faculties weren't working right that night. You weren't thinking straight. You jump up in a police officer's face while he is trying to...he has got some guys and he's making an arrest and you tell him he's got to go around the corner and arrest somebody for me, you know. You need to sit in your car until they are done. But, at any rate, somewhere along the line,

LASER BOND FORM B PENGAD • 1-800-631-6989

you...you lost that. But...and...so I found you guilty of driving while in excess of reasonable and prudent speed. The fine in that case is $77.00 and $23.00 costs. You have thirty days to file an appeal, ten days to file a motion for a new trial. $100.00 is due today.

In the other case, the verdict is guilty. The sentence is fifteen days in jail, suspended, $195.00 fine, $55.00 cost, place you on supervised probation for one year effective today supervised by Parole and Probation.

MR. WILLIAMS: Can he pay the fine and costs today?

THE COURT: The length of probation is one year. Standard conditions of probation apply. Can he pay the $250.00 -- There's $350.00 worth of fines here. Can you pay those today, sir?

MR. BRITTINGHAM: Yes.

THE COURT: And that will...$250.00 is due on that case and 100 on the other.

MR. WILLIAMS: She is going to give you some paperwork. I will meet you out at the counter.

THE COURT: Wait a minute. I am not done.

MR. WILLIAMS: Oh, I am sorry. Sorry, Your Honor.

THE COURT: Special condition of probation is to pay the fine and costs and restitution, or fine and costs is all it would be, and you are going to do that today in both cases.

LASER BOND FORM B PENGAD • 1-800-631-6989