# EXHIBIT "E"

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DARRELL A. BRITTINGHAM | * |
| Plaintiff | * |
| vs. | * Civil No.: 02 CV 4055 SKG |
| JOSEPH E. McGEENEY, et al | * |
| Defendants | * |

## CERTIFICATE REGARDING DISCOVERY

TO THE CLERK:

PLEASE TAKE NOTE that on April 27, 2004, the Plaintiff in the above-captioned matter, by and through undersigned counsel, served, via regular first-class mail, postage prepaid, to **Michael T. Hamilton, Esquire, Marks, O'Neill, O'Brien & Courtney, The Bonaparte Building, 8 East Mulberry Street, Baltimore, Maryland 21202**, Attorney for Defendants McGeeney & Town of Centreville., the following material:

**TYPE OF DISCOVERY:** Plaintiff's Response to Requests for Admissions of Joseph McGeeney and Town Council of Centerville.

McCARTHY & COSTELLO, L.L.P.

By: _____
MICHAEL L. SANDUL
One Town Center
4201 Northview Drive, Suite 410
Bowie, Maryland 20716
(301) 262-7422

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

DARRELL A. BRITTINGHAM         *
                               *
       Plaintiff               *
                               *
vs.                            *     Civil No.: 02 CV 4055 SKG
                               *
JOSEPH E. McGEENEY, et al      *
                               *
       Defendants              *

## PLAINTIFF'S RESPONSE TO DEFENDANTS McGEENEY AND THE TOWN COUNCIL OF CENTREVILLE'S REQUESTS FOR ADMISSIONS

The Plaintiff, Darrell A. Brittingham, by and through his attorneys, Michael L. Sandul and McCarthy & Costello, L.L.P., in response to the Requests for Admissions of Defendants McGeeney and The Town Council of Centreville, hereby states as follows:

**REQUEST NO. 1:** On December 18, 1999, I, Darrell A. Brittingham, arrived at Dover Downs Racetrack with my uncle at approximately 9:00 p.m.

   **RESPONSE:** Admitted.

**REQUEST NO. 2:** Dover Downs Racetrack is a facility which maintains slot machines and serves alcohol beverages.

   **RESPONSE:** Admitted.

**REQUEST NO. 3:** While at Dover Downs, I, Darrell Brittingham, consumed alcohol beverages.

   **RESPONSE:** Admitted.

**REQUEST NO. 4 :** I, Darrell A. Brittingham, left Dover Downs Racetrack at approximately 12:30 a.m. on December 19, 1999.

   **RESPONSE:** Admitted.

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

**REQUEST NO. 5:** Prior to the alleged incident occurring on December 19, 1999, I, Darrell A. Brittingham, had a prior physical condition which caused me to wobble when I walk.

 **RESPONSE:** Admitted.

**REQUEST NO. 6:** I, Darrell A. Brittingham, had never spoken to Joseph E. McGenney prior to the alleged incident occurring on December 19, 1999.

 **RESPONSE:** Admitted.

**REQUEST NO. 7:** To my knowledge, Joseph McGeeney has never had a reason to hate me or view me with any particular malice.

 **RESPONSE:** Objection. The Plaintiff can neither admit nor deny this Request because it calls for him to read Mr. McGeeney's thoughts

**REQUEST NO. 8:** Prior to the incident in question, I, Darrell A. Brittingham, had left Dover Downs Racetrack and driven my uncle to his home which is located in Wye Mills, Maryland.

 **RESPONSE:** Admitted.

**REQUEST NO. 9 :** When, I, Darrell A. Brittingham, arrived upon Brown Street immediately prior to the alleged incident, Joseph McGeeney was in the process of arresting two male African-American.

 **RESPONSE:** Denied, but the Plaintiff admits that two individuals were already arrested.

**REQUEST NO. 10:** Upon my arrival upon Brown Street immediately prior to the alleged incident, I, Darrell A. Brittingham, noticed a large crowd of African-Americans gathered.

 **RESPONSE:** The Plaintiff denies that there was a "large crowd" of African Americans gathered, but does admit that there were some African-Americans present.

**REQUEST NO. 11:** I, Darrell A. Brittingham, exclaimed, "Those fucking niggers are throwing bottles at my car" upon arriving on Brown Street immediately prior to the alleged incident.

MCCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

- 2 -

**RESPONSE:** Denied.

**REQUEST NO. 12:** I, Darrell A. Brittingham, was found guilty of disorderly conduct and driving at excessive speed by the Honorable Floyd L. Parks on March 17, 2000.

**RESPONSE:** The Plaintiff admits that he was found guilty of disorderly conduct and driving at a speed greater than reasonable for the conditions then and there existing.

**REQUEST NO. 13:** I, Darrell A. Brittingham, was never punched or kicked by Joseph McGeeney during the alleged incident occurring on December 19, 1999.

**RESPONSE:** Admitted.

**REQUEST NO. 14:** The force used by Joseph McGeeney during the incident in question was reasonable and necessary to properly effectuate the arrest and in no way constituted excessive force.

**RESPONSE:** Denied.

**REQUEST NO. 15:** After Joseph McGeeney placed me within the police car, I, Darrell A. Brittingham, continued to thrash in the backseat, to such an extent the officers placed leg restraints on me.

**RESPONSE:** The Plaintiff denies that he thrashed before the incident but does admit that he thrashed about after being placed in the vehicle.

**REQUEST NO. 16:** While in the backseat of the police car after the alleged incident, I, Darrell Brittingham, was told by Officer Greene specifically to "calm down."

**RESPONSE:** Admitted.

**REQUEST NO. 17:** I, Darrell A. Brittingham, received in 1995.

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

**RESPONSE**: Admitted.

McCARTHY & COSTELLO, L.L.P.

By: _____
MICHAEL L. SANDUL
One Town Center
4201 Northview Drive, Suite 410
Bowie, Maryland 20716
(301) 262-7422
Attorney for Plaintiff

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

- 4 -