## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | |
|---|---|
| DARRELL A. BRITTINGHAM * | |
| * | |
| **Plaintiff** * | |
| * | |
| vs. * | Civil No.: 02 CV 4055 SKG |
| * | |
| JOSEPH E. McGEENEY, et al * | |
| * | |
| **Defendants** * | |

_____

### PLAINTIFF'S RESPONSE TO DEFENDANTS'
### MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Darrell A. Brittingham, by and through his attorneys, Michael L. Sandul and McCarthy & Costello, L.L.P., pursuant to F.R.C.P. 56 and Local Rule 105, hereby responds to the Defendants' Motion for Summary Judgment, and states:

1. That there are genuine issues as to material facts.

2. That the Defendants are not entitled to judgment in their favor as a matter of law as more fully set forth in the attached Memorandum in support of Plaintiff's Response to Defendants' Motion for Summary Judgment.

**WHEREFORE,** for the foregoing reasons, the Plaintiff respectfully requests that this Honorable Court deny the Defendants' Motion for Summary Judgment.

McCARTHY & COSTELLO, L.L.P.

By: _____
MICHAEL L. SANDUL
One Town Center
4201 Northview Drive, Suite 410
Bowie, Maryland 20716
(301) 262-7422

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

- 2 -

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14TH day of May, 2004, a copy of the foregoing Plaintiff's Response to Defendants' Motion for Summary Judgment was mailed, postage prepaid to:

> **MICHAEL T. HAMILTON, Esquire**
> Marks, O'Neill, O'Brien & Courtney
> The Bonaparte Building
> 8 East Mulberry Street
> Baltimore, Maryland 21202
> Attorney for Defendants McGeeney & Town of Centreville

_____
MICHAEL L. SANDUL

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562