## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

DARRELL A. BRITTINGHAM      *
                                                      *
              **Plaintiff**                           *
                                                      *
**vs.**                                               *        **Civil No.: 02 CV 4055 SKG**
                                                      *
**JOSEPH E. McGEENEY, et al**                         *
                                                      *
              **Defendants**                          *
_____

### ORDER

Upon consideration of the Defendants' Motion for Summary and the Plaintiff's response thereto,

it is this _____ day of May, 2004, by the United States District Court for the District of Maryland,

**ORDERED,** that the same be and hereby is denied.


_____
JUDGE, United States District Court
  for the District of Maryland


COPIES TO:

MICHAEL L. SANDUL, Esquire
McCarthy & Costello, L.L.P.
4201 Northview Drive, Suite 410
Bowie, Maryland 20716

MICHAEL T. HAMILTON, Esquire
Marks, O'Neill, O'Brien & Courtney
8 East Mulberry Street
Baltimore, Maryland 21202

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562