V

1191HXI

1      A     I left there between 12:00 and 12:30.

2      Q     So you were there about three and a half

3   hours?

4      A     Yeah.

5      Q     How long were you in the presence of Mr.

6   Ervin?

7      A     I would go check up on him about once every

8   15 to 20 minutes.

9      Q     So he basically sat at the bar for three and

10  a half hours?

11     A     Yes.

12     Q     Do you know how many drinks he consumed?

13     A     He didn't have much that night, maybe four

14  or five.

15     Q     Who drove to Dover Downs?

16     A     I drove.

17     Q     What vehicle did you drive?

18     A     A '95 Oldsmobile Achieva, my car.

19     Q     How do you spell that?

20     A     A-C-H-I-E-V-A.

21     Q     While you were at Dover Downs, did you run

69

1      Q    Have you ever gone with your father?

2      A    Yes.

3      Q    Did you go with your father more often or

4 with your uncle more often?

5      A    I went with my uncle more often.

6      Q    Do you ever go with friends?

7      A    I've gone over a couple of times with

8 friends.

9      Q    Anyone in particular?

10      A    I've been over there with Andy Garrett

11 (phonetic) and his brother David.

12      Q    So you left Dover Downs about 12:30?

13      A    Yes.

14      Q    And what was your plan after that?

15      A    To go home.

16      Q    So you were going to take your uncle back to

17 Wye Mills?

18      A    Yes.

19      Q    And what time did you drop your uncle off?

20      A    It was probably between 1:30 and quarter to

21 two.

1    what color it was. I just know it was a police car

2    and it said Centreville on the side of it.

3          Q    On the doors?

4          A    Yes.

5          Q    And do you recall, were the taillights

6    flashing -- what was flashing?

7          A    Everything was flashing.

8          Q    So like the taillights, parking lights, all

9    of those things?

10         A    Yes.

11         Q    Were there any lights on the roof?

12         A    I don't know, that's what I'm saying.  I

13    just know the flashing lights, they were either on the

14    roof or they were on the inside of the car. It would

15     e just like if you got pulled over. Everything was

16    flashing that's supposed to be flashing if you saw a

17    cop car when you drove past it on the road.

18         Q    And you saw it from the rear?

19         A    Yes.

20         Q    Where was the police car stopped?

21         A    On the side of the road.

1    Q    On the right side?

2    A    On the right side.

3    Q    And is Brown a two-way street?

4    A    Yes, it is.

5    Q    Where was the police car in relationship to

6    the corner of Little Kidwell and Brown?

7    A    It was pretty close to the corner of it. It

8    was about maybe 25 feet in in relation to the corner

9    of Little Kidwell and Brown. It wasn't far in at all.

10    Q    And you came around the corner and saw this

11    car.  How far did you drive down Brown Street?

12    A    Not far.  I drove up past far enough because

13    there was a congregation of African-Americans there,

14    too, around the police car.  So I drove up far enough

15    so I wouldn't hit anybody.

16    Q    So you drove past the police car?

17    A    I drove past the police car.

18    Q    How far past the police car?

19    A    Maybe 50 to 100 feet. It wasn't very --

20    like I said, it was just far enough to get past the

21    people so I wouldn't hit anybody.

1    Q    Was the gentleman on the ground in cuffs,

2  was he a black gentleman?

3    A    Yes, he was.

4    Q    So after you stood aside, what transpired

5  next?

6    A    Well --

7    Q    When you stood aside where did you stand in

8  relationship to Officer McGeeney and the gentleman on

9  the ground?

10   A    I went over by the curb.

11   Q    Were they on the curb?

12   A    I was in the middle of the officer and the

13 congregation.  I was about I'd say 10 or 15 feet away

14 from the officer and about 10 feet away from the

15 congregation of people.  I was like in what you'd call

16 a little pocket by myself just standing there.

17   Q    Was the officer on your right side or your

18 left side?

19   A    He would have been on my left.

20   Q    Okay.  Was his gun visible to you?

21   A    Yes, it was.

98

1       Q       So what transpired next?

2       A       I waited and waited and then --

3       Q       How long do you think you were waiting?

4       A       Probably 15 or 20 minutes.

5       Q       So you were standing there for 15 or 20

6    minutes with Officer McGeeney, and the crowd is

7    standing roughly 25 feet away?

8       A       Yes.

9       Q       And the gentleman was on the ground?

10      A       Yes.

11      Q       Was there any dialogue going on between you

12   and Officer McGeeney in this 15 or 20 minutes?

13      A       No.  Like I say, I was off by myself just

14   waiting for him to help me.

15      Q       Okay.  So then what happened?

16      A       I finally got to the point where I didn't

17   think I was going to get any help and I was getting

18   ready to head towards my car to go home, and that's

19   when somebody grabbed me from behind and threw me on

20   the ground.

21      Q       Who grabbed you from behind?

1       A       I believe it was Officer McGeeney.

2       Q       But you're not sure?

3       A       I know when I looked around when I was on

4   the ground, he was the one who was on top of me with

5   his knee stuck in my back.

6       Q       Did anyone from the sheriff's department

7   arrive?

8       A       Yes, they did.

9       Q       When did they arrive?

10      A       They arrived right before I got thrown to

11  the ground.

12      Q       Did you see officers from the sheriff's

13  department?   I guess they're called deputies.   Did you

14  see any of the deputies?

15      A       I didn't see them when I was on the ground.

16      Q       Did you see their car arrive at the scene?

17      A       I saw the car arrive, yes.

18      Q       Were they both in the same car?

19      A       Yes.

20      Q       And where did they park?

21      A       They parked on the -- I guess if they were

1    deputy was he a contractor?

2        A    I knew him for at least three or four years

3    myself, so I'm not sure how long he was a contractor

4    before that.

5        Q    Were you on a first-name basis with him?

6        A    Yes.

7        Q    When these two sheriffs (sic) arrived -- I

8    guess they arrived before you said you were taken to

9    the ground?

10       A    Yes.

11       Q    What did they do when they arrived,-- were

12   their lights flashing in their car?

13       A    I honestly can't remember if they were or

14   not.

15       Q    So they got out of their car. Did you see

16   them get out of the car?

17       A    That's all I saw.

18       Q    Where did they go from there?

19       A    They started walking over towards Officer

20   McGeeney's vehicle, and that's about the time I was

21   getting ready to leave.

102

1      Q      So they were walking over towards McGeeney.

2   Did Officer McGeeney say anything to those gentlemen?

3      A      I can't remember if he did or not.

4      Q      Did they say anything to him?

5      A      I think they asked if he needed assistance.

6      Q      What did he say?

7      A      I'm not sure.

8      Q      Okay.  I want to narrow it down to little

9   steps as to what happened. So after they arrived on

10  the scene they went over to Officer McGeeney, and then

11  at that point you started to walk away?

12     A      Yes.

13     Q      And then what happened?

14     A      That's when I was grabbed from behind and

15  thrown to the ground for no reason whatsoever.

16     Q      What happened to the gentleman that was on

17  the ground in the handcuffs?

18     A      I think they had already set him off -- he

19  was either in the car or off to the side of the car.

20     Q      Whose car was he in?

21     A      I'm not positive on that. I can't remember

1    what they did with him -- or what Officer McGeeney did

2    with him, let's put it that way.

3        Q    You don't know if he was pit into whose car?

4        A    No, I don't.

5        Q    Did you ever see another gentleman at the

6    scene?  When the sheriffs arrived was there another

7    gentleman?

8        A    I never saw anybody else, only the one that

9    was on the ground to begin with.

10       Q    Did you know the gentleman that was on the

11   ground?

12       A    No, I didn't.

13       Q    When you talked to Officer McGeeney was he

14   stressed or anxious?

15                 MR.  SANDUL:  Objection.  How would he

16   know?  Go ahead.

17       Q    I mean what was Officer McGeeney's demeanor

18   like when you went up to him to tell him what

19   happened?

20       A    Well, he had somebody on the ground.  He

21   didn't seem to be overly stressed. He was just trying

1    Q    Officer Greene never said Darrell, calm

2  down?

3    A    While I was in the car, that's when he spoke

4  to me and told me to calm down.

5    Q    Who was the other officer -- do you recall

6  his name?

7    A    His name was Heddinger.

8    Q    Do you know him at all?

9    A    No.   That was the first time I'd ever seen

10  him.

11    Q    Do you recall if the sheriffs helped Officer

12  McGeeney put the cuffs on you?

13    A    I'm not positive.   Like I say, at the time I

14  was face down. The only time I was actually able to

15  look around is when I saw Mr. McGeeney or Officer

16  McGeeney on my back. Other than that, my face was

17  face down into the ground.

18    Q    Were you doing any kicking?

19    A    I was trying to get them to stop putting the

20  handcuffs on me. Like I said, I was yelling and

21  screaming and telling them, and then finally they got

1    the handcuffs on me. Because like I said, when I

2    heard that pop in my back I knew something was major

3    league wrong.

4          Q    You said they. Was it Officers Heddinger

5    and Greene?

6                MR. SANDUL: I don't think he's sure

7    which two were there at the time. He knows there were

8    other officers there, but he just doesn't have a

9    specific idea what officers.

10         Q    We'll represent that the only officers at

11   the scene that night were McGeeney, Greene and

12   Heddinger.   Okay?

13         A    Yes.

14         Q    So when someone put the cuffs on you, were

15   you laying on the ground?

16         A    Yes, I was.

17         Q    Face first?

18         A    Face first.

19         Q    What was the ground like that you were

20   laying on -- was it a sidewalk?

21         A    No.   It was up on a hill. It was up from

1    I say it was a little ravine.

2        Q    Okay.  Where was the grass in relationship

3    to the sidewalk?

4        A    Right next to it.

5        Q    So was the grass to the right of the

6    sidewalk or to the left?

7        A    It was to the right of the sidewalk.

8        Q    So it's the road, the sidewalk, and the

9    grass?

10       A    Yes.

11       Q    So he flung you to the right?

12       A    Yes.

13       Q    You're face down in grass?

14       A    Yes.

15       Q    Then what happened?

16       A    Then I felt him jump on top of me to try to

17   put the handcuffs on me. And while I was down there

18   telling him about my shoulder and my back, that's when

19   the knee dug in and that's when I felt the pop.

20   That's when I started flailing even more because I not

21   only wanted to save my shoulder, but I knew something

112

1    was wrong with my back and I was starting to be in a

2    lot of pain at that particular moment.

3         Q    So you're laying face down in the grass, and

4    you've got your hands under your body?

5         A    Yes.

6         Q    And Officer McGeeney is on the back of you.

7    What happened next?

8         A    Like I say, I was only able to glance around

9    that one time, and I happened to see him on my back.

10   After I heard that pop, that's when I started really

11   resisting and yelling to tell him to stop because I

12   knew I was in a lot of pain. Like I said, once I

13   heard that pop I knew something was major league

14   wrong.

15        Q    Did Officers Greene or Heddinger pull on

16   your arms?

17        A    Like I said, I don't know. The only person

18   I actually saw while I was down on the ground was

19   Officer McGeeney.  I could not tell you if anything

20   was going on to the left side or not.

21        Q    So Officer McGeeney put handcuffs on you?

1      A      I'm assuming he put handcuffs on me. He's

2  the one that ended up picking me up off the ground.

3      Q      But when you got up off the ground, did you

4  have handcuffs on you?

5      A      Yes, I did.

6      Q      Were your hands in front of you or behind

7  you?

8      A      They were behind me.

9      Q      And you believe it was Officer McGeeney who

10 put the handcuffs on you?

11     A      Yes, I do.

12     Q      And at this point in time when you stood up,

13 he helped you stand up?

14     A      He pulled me up.

15     Q      Where were Officers Greene and Heddinger at

16 this time?

17     A      They were off to my left side standing in

18 the road.

19     Q      Did they ever put a hand on you, to your

20 knowledge, while you were on the ground or standing

21 up?

1        A     No.   Not to my knowledge, I don't.

2        Q     Where did Officer McGeeney -- what happened

3    after he stood you up?

4        A     That's when he proceeded to try to put me in

5    the car, and he ended up hitting my head against the

6    window.   While he was trying to push me into the car,

7    he ended up slamming my head against the window.

         Q     Which window?

9        A     The back window, the little four-corner

10   window in cars.

11       Q     Was the door open?

12       A     The door was open.

13       Q     Was it the passenger side or the driver's

14   side?

15       A     It would have been the passenger side, the

16   backseat.

17       Q     So he opened the door -- the back door of

18   the car?

19       A     I think one of the other officers opened the

20   back door up.

21       Q     And he was escorting you to the car?

1        A     Yes, he was.

2        Q     And they put you in -- or you got into the

3    backseat, or they threw you into the backseat?

4        A     They threw me into the backseat.

5        Q     They did, all three of them?

6        A     He, Mr. McGeeney, threw me into the backseat

7    after they had opened the door up for him.

8        Q     What did you do when you got into the

9    backseat of the car?

10        A     I was still telling them about my shoulder

11    and back, and I started flailing away because the pain

12    was starting to be too unbearable and I wanted out of

13    that car, plus I had never been given a reason why I

14    was in handcuffs to begin with.

15        Q     So Officer McGeeney never told you you were

16    under arrest?

17        A     No.

18        Q     Did Officer Greene ever tell you you were

19    under arrest?

20        A     I was never told I was under arrest by

21    anybody that night.

1    Q    So Officer Heddinger didn't say anything to

2  you either?

3    A    No.

4    Q    So you're now in the backseat of the

5  vehicle.  Are you kicking?

6    A    I'm kicking.

7    Q    What are you kicking?

8    A    I'm kicking just about everything in sight.

9  I was flailing because I was in so much pain, and I

10  wanted to got out of that car.

11    Q    So were you laying on the seat?

12    A    I was in the back of the seat like this.

13          (Witness indicating.)

14    Q    Were you seated on the seat or laying on the

15  seat?

16    A    I think I was seated on the seat.

17    Q    What were you kicking?

18    A    I think I kicked out -- or kicked at the

19  window of the side of the car.

20    Q    The passenger side -- the right side?

21    A    The right side.

122

1    underwear at me.

2        Q    Did they give you your other clothes and

3    tell you to get dressed?

4        A    No.

5        Q    What did they do with your clothes?

6        A    They put them in a bag and didn't give them

7    o me until the next morning at 9:30 in the morning.

8        Q    Were you in the cell alone?

9        A    Yes.

10       Q    Was there anyone else -- how many cells were

11   there?

12       A    I think there was four or five.

13       Q    Was there anyone else in any of the other

14   cells?

15       A    I don't know.    I'm not positive.

16       Q    Do you recall the names of any of the state

17   policemen?

18       A    I can't remember any of their names.

19       Q    If you saw them, would you recognize them?

20       A    I would recognize the one that threw me into

21   the cell.

1    Q    Is there any reason why you didn't take

2    legal action against any of the state policemen?

3    A    I was advised not to.

4    Q    Who advised you?

5          MR. SANDUL:    Objection.    That's

6    attorney-client privilege.    Don't answer that

7    question.

8    Q    So it's now the early hours of the morning,

9    and you're in the jail cell at the state police

10   barracks?

11   A    Yes.

12   Q    And did Officer Heddinger see all that

13   transpired with regard to the state policemen?

14   A    Oh, yeah.

15   Q    Was he part of it?

16   A    I don't think he was actually part of it.    I

17   think it was just the two state police guys.

18   Q    What happened next?

19   A    They wouldn't allow me a phone call.    I kept

20   asking for a phone call. Like I said, for one thing I

21   had never actually been put under arrest. Nobody had

133

1      Q      You keep saying the word they. Do you mean

2  McGeeney, Greene and Heddinger?

3      A      They were there.

4      Q      Did Officer Greene hit you at all on the

5  scene?

6      A      No.   Nobody actually hit me.

7      Q      When you were in the back of the car, you

8  were thrashing around and kicking?

9      A      Yeah, because I was in so much pain.

10      Q      Did you injure yourself at all doing that?

11      A      No.

12      Q      When you went to the jail cell and they put

13  you into the -- I guess was it a cell? Can you

14  describe the room you were in?

15      A      It's like a concrete cell.

16      Q      Four walls of concrete?

17      A      Four wall and then a concrete bench.

18      Q      But there were no bars or anything?

19      A      No.

20      Q      Did you throw yourself against the walls at

21  all?

S

1191HXI

40

1        Q     Now I understand that the incident with Mr.

2    Brittingham began at approximately 0238 hours on the

3    morning of December 19th, 1999. Is that correct?

4        A     About that.

5        Q     What time had you gone on duty before that?

6        A     That would be on the midnight day shift,

7    11:00 to 7:00.

8        Q     And what time did you report for work that

9    day?

10       A     About 10:30.

11       Q     Where would you have reported to work?

12       A     The Centreville Police Department.

13       Q     Where was it located at the time?

14       A     North Commerce Street, 420.

15       Q     Was anybody there when you reported for

16   duty?

17       A     I believe the officer I was relieving. I

18   don't recall who it was.

19       Q     I know it's a small department, but do you

20   have any roll call procedures or anything like that?

21       A     We fill out a daily activity log.

1    and the Centreville Police Department.

2        Q    What time did you receive the call?

3        A    Probably in the neighborhood of a little

4    after 2:00, close to 2:30 maybe. I don't recall the

5    exact time.

6        Q    So somewhere between 2:00 and 2:30?

7        A    Somewhere in there.

8        Q    Does anybody maintain a radio transmission

9    log?

10       A    I believe back then they had a punch card

11   system.

12       Q    Which entailed what?

13       A    A complaint card punched into a time clock.

14       Q    Can you explain that. I'm not following

15   you.  I may be a little dense.

16       A    Only from what I've seen out there. I mean

17   I'm not privy to their policies and procedures. The

18   complaint when they receive it, they punch it one

19   time; the second punch is dispatched out; the third

20   punch is arrival on the scene; and the fourth punch I

21   believe is cleared the call.

55

1    on Brown Street?

2         A    It wasn't that far. Town is not that big.

3         Q    I understand.   Do you know how far?

4         A    No.

5         Q    When you turned onto Brown Street -- let me

6    step back.   When you were on Little Kidwell, there's a

7    stop sign there -- correct -- at Brown Street?

8         A    On Brown Street?

9         Q    No.   On Little Kidwell before you make a

10   left on Brown Street.

11        A    Now there is, but there wasn't one then.

12        Q    Did you stop at Brown Street before you made

13   your left-hand turn?

14        A    I just negotiated the left turn.

15        Q    Were you in any particular code when you

16   were traveling towards Brown Street?

17        A    I definitely had the lights on. I don't

18   believe I had the siren on, but I'm not sure. I might

19   have had the siren on prior to getting to that

20   particular point.

21        Q    What kind of car were you in?

67

1      Q    When you say you drew your weapon and drew

2  down on him, how did you do it that -- with both hands

3  and point the gun at him?

4      A    With a single hand and steadying it with my

5  left hand.  I'm right-handed.

6      Q    Okay.  Did you shout out anything or say

7  anything to him?

8      A    Yes, I did.

9      Q    What did you say?

10      A    I told him to drop the machete.

11      Q    How far from him were you at that point in

12  time?

13      A    Probably about 20 feet.

14      Q    Where was Reds at that moment in time?

15      A    To my right, on the east side of the street.

16      Q    And how far away from you was he?

17      A    He was on the other side of the sidewalk up

18  on the embankment still just whoofing.

19      Q    What was he whoofing?

20      A    That he was ready to do battle with this

21  guy.  That was just Reds. He was just more talk than

1    action.

2        Q    He was shouting at the other guy?

3        A    Yes.

4        Q    Was the other guy shouting back?

5        A    Yes.

6        Q    You said you'd had dealings with Reds before

7    this?

8        A    Yes.

9        Q    What had you had dealings with him about?

10       A    B and E.

11       Q    Breaking and entering?

12       A    Correct.

13       Q    How many times?

14       A    Just the one that I recall.

15       Q    Did you consider him a dangerous individual?

16       A    No.

17       Q    How about Hawkins -- you'd never dealt with

18   him before?

19       A    That was a domestic related.

20       Q    What was?

21       A    The B and E.

75

1      A      Oh, yeah.

2      Q      What was he saying?

3      A      He just wanted to do battle with this other

4    guy.

5      Q      Specifically, what was he saying?

6      A      I don't recall.

7      Q      Had your backup arrived yet?

8      A      No.

9      Q      Had you gotten any *indication* at that time

10   when it would be there?

11     A      No.

12     Q      So you were still on your own?

13     A      Correct.

14     Q      When you went over to Reds, was he with

15   anybody else?

16     A      I couldn't tell you.  He was by himself at

17   the moment with a stick.

18     Q      He still had the stick in his hand?

19     A      Yes.

20            What did you do then?

21     A      I took the stick, and I just had him sit

1    down on the curb. I just waited there for backup and

2    placed my hand on his shoulder so he wouldn't get up.

3         Q    And as you had your hand on his shoulder,

4    where were you looking?

5         A    I was watching the other guy, keeping an eye

6    on him and keeping an eye on Reds. They were still

7    yelling and shouting back and forth still. It was

8    more Reds than anything.

9         Q    Was anybody else shouting in the area?

10        A    No.

11        Q    No one else causing a problem?

12        A    No.

13        Q    You weren't keeping an eye on anybody else?

14        A    Nobody was an immediate threat.

15        Q    You didn't consider that anybody might come

16   up to you?

17        A    No.  I mean I was aware of my surroundings,

18   but nobody approached me.

19        Q    Which hand do you have on Reds?

20        A    My left.

21        Q    And you're looking over your left shoulder

1   Brittingham's presence?

2        A    I heard the acceleration of a motor vehicle

3   rounding the corner of Little Kidwell onto Brown

4   coming my way.

5        Q    When you heard the revving, where were you

6   looking before you heard the revving?

7        A    I was watching my suspect across the street

8   and Reds.    In my peripheral vision, I could see the

9   vehicle coming and I thought I heard the acceleration.

10       Q    Where did you first see the vehicle?

11       A    As it rounded the corner.

12       Q    So he was already on Brown Street when you

13  first saw him?

14       A    No.   He was rounding the curve.

15       Q    What part of the car could you see?

16       A    Headlights.

17       Q    So you see headlights. When did you first

18  see the car -- was it still on Little Kidwell or did

19  you see it when it was on Brown?

20       A    As he was rounding the curve and turning

21  left onto Brown.

1        A     That was my suspicion, plus the way he drove

2    the vehicle.

3        Q     Well, in any of these statements, other than

4    he came by you fast and turned the corner fast, did

5    you indicate in any fashion that he had any problems

6    driving that vehicle?

7        A     I did not indicate it, no.

8        Q     And in your testimony in the district court

9    traffic court proceeding -- the district court

10   proceedings before Judge Parks, do you indicate

11   anywhere in there other than him coming around the

12   corner at a fast rate of speed that he had any

13   difficulty operating the motor vehicle?

14       A     I don't believe so, but I don't recall.

15       Q     So would it be fair to say that there was

16   nothing he did in the operation of the vehicle other

17   than coming around at what you said was an excessive

18   speed -- that he did anything in the operation of his

19   vehicle that would lead you to conclude he was under

20   the influence of drugs or alcohol?

21                   MR. HAMILTON:   Objection.   You can

O

IIEIIHXI

DEPOSITION OF SERGEANT JOHN F. HEDDINGER, III
CONDUCTED ON TUESDAY, MARCH 23, 2004

31

1    gentleman that approached, the white gentleman?

2        A    McGeeney.

3        Q    What did he say?

4        A    I don't remember.

5        Q    Did he tell him at that point in time he was under

6    arrest?

7        A    I don't remember.

8        Q    Did McGeeney tell you anything about why he

9    thought that the white gentleman was intoxicated?

10       A    I don't remember.

11       Q    Okay.  As the gentleman came over to your area,

12   what happened next?

13       A    The next thing I remember, McGeeney placed his

14   hands on Brittingham.  Him, McGeeney, Brittingham and Green

15   then went down to the ground.

16       Q    Okay.  Let me get this straight. So the white

17   gentleman, Brittingham, you called him?

18       A    Uh-huh.

19       Q    Did you know him from any time before?

20       A    No.

21       Q    Have you ever seen him before or since to your

22   knowledge?

DEPOSITION OF SERGEANT JOHN F. HEDDINGER, III
CONDUCTED ON TUESDAY, MARCH 23, 2004

32

1      A      No.

2      Q      Never had any run-ins or anything with him?

3      A      No.

4      Q      Did McGeeney indicate that he had ever had any

5      run-ins with him?

6      A      I don't remember.

7      Q      How about Deputy Green?

8      A      I don't remember.

9      Q      All right.   How far -- you said he put his hands

10     on him.   How did he do that?

11     A      I believe he grabbed his arm. I don't remember

12     which arm.

13     Q      Did he say anything before he did that?

14     A      I don't remember.

15     Q      Did he announce in any way to your knowledge that

16     he was under arrest at that point in time?

17     A      I don't remember.

18     Q      So he grabbed his arm.   Do you recall which arm he

19     grabbed?

20     A      No.

21     Q      Where was your attention focused?

22     A      On the crowd and on the subject sitting in front

Q

IIGIHXI

9

he got out of the vehicle.  There were no field sobriety
tests or anything of that kind done. And I think Your Honor
will be convinced that he didn't resist arrest and that he
didn't hinder the Officer. He did get loud and scream when
he was in pain. That may amount to disorderly conduct. If
anything, that's all that he would be guilty of in this case
in my opinion. And that's what we intend to prove.

THE COURT:   Call a witness.

MR. DRUMMOND:   Officer

10                      JOSEPH MCGEENEY,

11   a witness produced on call of the State, having first been

12   duly sworn, was examined and testified as follows:

13                      DIRECT EXAMINATION

14       BY MR. DRUMMOND:

15       Q    State your name and duty assignment, please.

16       A    TFC Joseph McGeeney, Centreville Police Department,

17   currently assigned to Patrol Division and community policing.

18       Q    Officer McGeeney, were you so employed and assigned

19   on September ... December 19, 1999?

20       A    Yes, sir, I was.

21       Q    And were you on duty on December 19, 1999 in the

22   early morning hours?

23       A    Yes, sir.

24       Q    Officer McGeeney, did you have occasion on that

25   early morning to be called upon to investigate an alleged

11

Q    Is there a sidewalk ... is there a sidewalk there?

A    That's right about here.   And I had another suspect in custody over here. And I was here with another suspect.

Q    Alright.   Now, what were you invest-, what was the nature of your investigation?

A    It came out as an altercation involving knives. It turned out to be one had a machete almost two feet in length and the other one had a four foot club or a stick.

Q    Alright.   Had they been applied? Did it appear to
10   you that those weapons had been applied to the combatants?
11   Were they injured?
12       A    No.
13       Q    Okay.   Now, was ... were the three of you --   You
14   have indicated two people you were investigating and
15   yourself.   Were you the only three people in that area that
16   evening?
17       A    No, sir.
18       Q    Could you ... how many other folks were out there?
19       A    Right about here, there's a house right here.
20       Q    Next to Chuck's Electric?
21       A    Correct.
22       Q    Or close to that?
23       A    Correct.   The driveway goes alongside of it.
24   There's crowd of people right up in this area here.
25       Q    I am sorry.   Did you say a crowd of people?

12

A    Yes.

Q    Alright.

A    Five, six, seven, something like that.

Q    Alright, sir.   Fine.   You can have a seat for the moment.

MR. WILLIAMS:   Where's Kidwell?

MR. DRUMMOND:   Little Kidwell.

MR. WILLIAMS:   Where's that?

THE WITNESS:   It ends into the school.

10    MR. WILLIAMS:   Okay.

11    (Witness resumed the stand.)

12    BY MR. DRUMMOND:

13    Q    Now, Officer McGeeney, you indicated that you had a

14    suspect over to the left and one over on the right side of

15    Brown Street.   Is that right?

16    A    Correct.

17    Q    Were you ... had you asked them to be separated or

18    something?   Why are they on either side of the street?

19    A    Well, they were still ... there was still ... still

20    some agitation and some blurbs being thrown at each other and

21    some threats.   And that's where I first approached the one on

22    the left at Hillside Drive is the one that had the machete.

23    Q    Okay.   Had you told him or her to calm down and

24    stay there, that sort of thing?

25    A    Well, I...I immediately secured him in handcuffs.

68

with reasonable force.

In this case, there are three officers there and
they decide to arrest you. It was pretty clear that no
decision to arrest was made, even in the light most favorable
to the State, - the Officer testified he did say you were
under arrest - until the three officers were there. The only
resisting in this case was not giving the officers your arms.
But it seems like it didn't take them much time to get you in
the car.  They had to pull your arms out from under you to

10    get handcuffs on. And the act of not complying when they
11    wanted to put handcuffs on you, in a situation where it was
12    already fraught with difficulties -- One guy is there with a
13    machete, which they had gotten away, and somebody else.
14    There had been a fight. There's a group of people standing.
15    It's late at night. Dark (unclear) is what he said, but the
16    lighting was there, but I assume there was some kind of
17    street lights there that are there but not the best. I have
18    some problem on resisting arrest.  I think what ... what really
19    is the fact that you did... didn't actually cooperate with
20    them and what happened in the police car, that whole loss of
21    temper when they were obviously engaged in something else and
22    you got in the middle of it and then the loud talk, etc.,
23    that all ... injecting that into that situation that night,  I
24    think that's clearly disorderly conduct.  I will find you
25    guilty of that.