UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF** | **101 WEST LOMBARD STREET** |
| **SUSAN K. GAUVEY** | **BALTIMORE, MARYLAND 21201** |
| **U.S. MAGISTRATE JUDGE** | **MDD_skgchambers@mdd.uscourts.gov** |
| | **(410) 962-4953** |
| | **(410) 962-2985 - Fax** |

May 21, 2004

Michael L. Sandul, Esq.
McCarthy and Costello, LLP
One Town Center
4201 Northview Drive, Suite 410
Bowie, MD 20716-2668

Michael T. Hamilton, Esq.
Marks, O'Neill, O'Brien and Courtney, PC
Eight East Mulberry Street
Baltimore, MD 21202-2105

    Re:  Darrell A. Brittingham v. Joseph E. McGeeney, et al.
         Civil No. JKB-02-4055

Dear Counsel:

    This is to confirm that the settlement conference in the above case has been rescheduled to Thursday, June 10, 2004, at 8:00 a.m.

    I look forward to meeting with you then.

                              Sincerely yours,

                              /s/

                              Susan K. Gauvey
                              United States Magistrate Judge