# EXHIBIT
# A

# TOWN of CENTREVILLE POLICE DEPARTMENT

## INCIDENT REPORT

IACP-7116-1

| 1. COMPLAINANT'S NAME ( FIRM NAME IF BUSINESS) | 2. COMPLAINT NO. |
|---|---|
| STATE OF MARYLAND | 99-12-11569 |

| 17. TOWN / CITY | 18. COUNTY | 19. AGENCY | AGENCY CODE | 3. COMPLAINANT'S RESIDENCE ADDRESS | 4. RES. PHONE |
|---|---|---|---|---|---|
| CENTREVILLE | Queen Anne | AV | 7720 | 420 N. COMMERCE STREET - CENTREVILLE, MD | 410 - 758 - 8437 |

| 20. ITEM (S) STOLEN | 21. ITEM (S) STOLEN | 22. PAGE(s) OF | 5. WHERE COMP. IS EMPLOYED, OR SCHOOL HE ATTENDS | 6. BUS. PHONE |
|---|---|---|---|---|
| N/A | N/A | 1 of 2 | N/A | 410 - 758 - 0080 |

| 23. DESCRIBE LOCATION OF OFFENSE OR TYPE OF PREMISES | 7. COMP'S SEX-RACE-D.O.B. | 8. LOCATION OF INCIDENT (ADDRESS) |
|---|---|---|
| PUBLIC STREET | N/A | BROWN ST @ HILLSIDE DR - CENTREVILLE |

| 24. VEHICLE USED BY SUSPECTS | LICENSE NO. ZSL - 307 | STATE MD | YEAR | 9. REPORTING PERSON SEX-RACE-RELIGION PFC. JOSEPH E. McGEENEY # 1034 | 10. RES. PHONE 410 - 758 - 8437 |
|---|---|---|---|---|---|

| YEAR | MAKE | BODY | MODEL | COLOR | 11. REPORTING PERSON'S ADDRESS | CITY | 12. BUS. PHONE |
|---|---|---|---|---|---|---|---|
| 1995 | OLDSMOBILE | ACHIEVA | 2S | | 420 N. COMMERCE STREET - CENTREVILLE, MD | | 410 - 758 - 0080 |

| IDENTIFYING CHARACTERISTICS OF VEHICLE | 13. DATE AND TIME OCCURED | 14. DATE AND TIME REPORTED |
|---|---|---|
| VIN - 1 G 3 N L 15 M 1 S M 3 0 6 9 9 1 | 19 DEC. 1999 @ 0238 HRS. | 19 DEC. 1999 @ 0238 HRS. |

| CODE: V-VICTIM (OTHER THE IN BLOCK #1) AND SHOW SEX, RACE AGE W-WITNESS, P-PARENT OR GUARDIAN | 15. CRIME OR INCIDENT HINDERING / RESISTING ARREST | 16. TOTAL LOSS VALUE |
|---|---|---|

| 25. NAME | CODE | RESIDENCE ADDRESS CITY | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|
| JOSEPH DAWSON - B/M/ DOB: 08 / 24 / 67 | W | 118 BROWN STREET - CENTREVILLE, MD. | UNK. | UNK. |
| 26. DAVID JOHNSON HAWKINS - B/M/DOB:2/15/59 | W | 610 SPANIARDS NECK RD. - CENTREVILLE | 410-758-2887 | UNK. |
| 27. | | | | |

28. IDENTIFY SUSPECTS BY NO. (NAME-ADDRESS-DESCENT-AGE HT-WT-EYES-HAIR-COMPLEX-CLOTHING-IDENTIFYING CHARAC. IF ARRESTED, INCLUDE BKG.NO. AND CHARGE

1. DARRELL ANTHONY BRITTINGHAM of 312 EWINGTOWN RD., CHURCH HILL, MD. 21623. W/M/29, DOB: 10 / 15 / 70, 5' 07",

2. 190 LBS., BROWN HAIR, MOUSTACHE, MD SOUNDEX # B - 6354 067 - 792.

| 37. WEAPON, TOOL, FORCE OR MEANS USED (DESCRIBE) | 38. METHOD USED TO COMMIT CRIME |
|---|---|
| PERSON | SUSPECT INTERFERED WITH CRIMINAL INVESTIGATION & RESISTED ARREST. |

| 39. NATURE OF INJUIES AND LOCATION ON BODY-CONDITION | 40. VICTIM HOSPITALIZED WHRER |
|---|---|
| N/A | N/A |

29. INSTRUCTIONS:    FOR LONG FORM USE, COMPLETE ALL APPROPIATE ITEM AND USE SPACE BELOW AS FOLLOWS: 1. CONTINUE ABOVE ITEMS AS NECESSARY INDICATING ITEM
NUMBER CONTINUED AT LEFT: 2 DESCRIBE DETAILS OF INCIDENT: AND : 3. DESCRIBE EVIDENCE OR PROPERTY AND INDICATE DISPOSITION

FOR SHORT FORM USE : FILL IN ONY THE NON-SHADED AREAS. BRIEFLY DESCRIBE INCIDENR AND ACTION TAKE N OR CHECK BOX BELOW IFAPLICALICABEL

ON 19 DECEMBER 1999 AT APPROXIMATELY 0238 HOURS I WAS CONDUCTING A CRIMINAL INVESTIGATION ON BROWN

STREET @ HILLSIDE DRIVE WITH TWO SUBJECTS IN CUSTODY WHEN A VEHICLE TURNED OFF OF LITTLE KIDWELL AVENUE

AT A VERY HIGH RATE OF SPEED. AS IT TURNED ONTO BROWN STREET THE VEHICLE ACCELLERATED RAPIDLY AND AS IT

PASSED MY LOCATION THIS VEHICLE CAME TO AN ABRUBT STOP. THE VEHICLE OPERATOR EXITED THE VEHICLE, AS HE

LEFT SAME RUNNING AND IN THE MIDDLE OF THE STREET. THE OPERATOR WAS IMMEDIATELY OBSERVED TO BE VERY

UNSTEADY ON HIS FEET AND WOBBLY. HE WALKED OVER TO SEVERAL CITIZENS NEARBY AND BEGAN TO SHOUT THAT

HE KNEW THAT WAS A COP CAR AND WHERE IS THE COP. HE STARTED YELLING ABOUT SEVERAL INDIVIDUALS THAT

WERE THROWING OBJECTS AT HIS CAR. HE CONTINUED TO SHOUT AND FOUND HIS WAY TO MY LOCATION AND AGAIN

BEGAN TO ADVISE THAT SEVERAL SUBJECTS WERE THROWING BOTTLES AT HIS CAR. I ADVISED HIM THAT I WAS BUSY

AND THAT I WOULD GET WITH HIM AS SOON AS POSSIBLE. I AWAITED THE ARRIVAL OF QUEEN ANNE COUNTY SHERIFF's

DEPUTIES THAT WERE MY BACK UP. AT THIS TIME, I HAD ONE SUBJECT......

| 33. ADDITIONAL ITEMS STOLEN | ADDITIONAL ITEMS STOLEN |
|---|---|
| N - A | N - A |

| 30. REPORTING OFFICER | NO. | 31. STATUS (CHECK ONE) | 34. UNIT REFERRED TO: | 35. UCS DISPOSITION |
|---|---|---|---|---|
| PFC. JOSEPH E. McGEENEY | 1034 | ( ) OPEN ( ✓ ) CLOSED ( ) SUSPENDED ( )OTHER | | |

| 2nd OFFICER | 32. SUPERVISOR APPROVING | NO. | 36. REVIEWER | NO. |
|---|---|---|---|---|
| Pfc. Joseph E. McGeeney | | | | 1012 |

**CENTREVILLE POLICE DEPARTMENT**
**SUPPLEMENT REPORT**

DATE: 19 DEC. 1999

| 1. COMPLAINANT, DRIVER #1, VICTIM OR ARRESTEE | 2. | 3. COMPLAINT NO. |
|---|---|---|
| STATE OF MARYLAND | CPD | 99/12-11569 |

COMPLAINANT ADDRESS: 420 N. COMMERCE STREET - CENTREVILLE, Md

X FORM USED TO REPORT FOLLOWUP INVESTIGATION OR SUPPLEMENTAL INFORMATION

OFFENSE DATE 12/19/99

4. | 5. PAGE NO. 2 of 2 | 6. TRAFFIC CITATION NUMBER Y 211527, Y 211528, & Y 211529 | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION: HINDERING & RESISTING ARREST | CHANGED?

Centreville

7. KIND OF REPORT CONTINUED: OFFENSE / ACCIDENT / ARREST — X FOLLOWUP OR SUPPLEMENTAL

10. MULTIPLE CLEAR-UP? YES / NO (NO)

8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT: HINDERING & RESISTING ARREST

11. VALUE OF RECOVERED PROPERTY: s. N/A

INSTRUCTIONS FOR FOLLOWUP OR SUPPLEMENTAL USAGE

UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS SUBSEQUENT TO LAST REPORT. SEE ORIGINAL REPORT FORM FOR ADDITIONAL INSTRUCTIONS

*********************************** CONTINUED ***********************************

IN CUSTODY WITH HANDCUFFS, ONE SUBJECT IN CUSTODY WITHOUT HANDCUFFS, SEVERAL CITIZENS BEHIND ME AND TO THE RIGHT, AND NOW A SUBJECT THAT WAS INTOXICATED. I HAD TO FOCUS ON ALL OF THESE INDIVIDUALS AS I DID NOT WANT SOMEONE TO COME UP BEHIND ME WITH MY WEAPON ON THE SIDE OF THE INTOXICATED SUBJECT AND THE OTHER CITIZENS THAT HE WAS YELLING AT INITIALLY. THIS OCCURRED FOR SEVERAL MINTUES WHEN CPL. JOHN HEDDINGER AND DEP. CHARLIE GREEN ARRIVED. WE IMMEDIATELY SECURED THE SECOND SUBJECT INVOLVED WITH THE FIGHT THAT INCLUDED WEAPONS. AT THIS TIME, I WENT TO PLACE THE INTOXICATED SUBJECT UNDER ARREST FOR THE HINDERING, DWI, AND DISORDERLY CONDUCT AS HIS YELLING INCLUDED PROFANITY WITH RACIAL SLURS. HE STATED THAT, "THOSE FUCKING NIGGERS WERE THROWING BOTTLES AT MY FUCKING CAR!" AS I PLACED HIM UNDER ARREST, HE IMMEDIATELY BEGAN TO RESIST BY THROWING HIS ARMS ABOUT AND BACKING AWAY. I IMEDIATELY PLACED HIM ON THE GROUND AND HE CONTINUED TO RESIST ARREST. WE ATTEMPTED TO PLACE HIM INTO HANDCUFFS BUT HAD MUCH DIFFICULTY DOING SAME AS HE WAS FACE DOWN ON THE GROUND AND LYING ON HIS ARMS BENEATH HIM WHICH PREVENTED US FROM HANDCUFFING THIS SUBJECT. WE EVENTUALLY WERE ABLE TO PRY HIS ARMS FROM BENEATH HIM AND SUBDUE HIM WITH THE HANDCUFFS. HE WAS PLACED INTO A MARKED PATROL CAR FROM QUEEN ANNE COUNTY SHERIFFs OFFICE AND HE IMMEDIATELY BEGAN TO THRASH ABOUT IN THE BACK SEAT OF THE PATROL CAR AND REPEATEDLY KICKED AT THE LEFT DOOR AND WINDOW. HE HAD TO BE RESTRAINED AT LEAST THREE TIMES AFTER EACH TIME WE THOUGHT HE HAD CALMED DOWN BUT AS SOON AS THE PATROL CAR DOOR WAS SHUT HE WOULD AGAIN THRASH ABOUT AND KICK AT THE DOOR AND WINDOW. HE WAS EVENTUALLY PLACED INTO LEG RESTRAINTS WITH MUCH DIFFICULTY. I HAD TO CONTINUE MY CRIMINAL INVESTIGATION WITH THE TWO OTHER SUBJECTS THAT WERE IN CUSTODY AS THE DEPUTIES WERE TRYING TO CONTROL MR. BRITTINGHAM. HE WAS EVENTUALLY TRANSPORTED TO MARYLAND STATE POLICE - BARRACKS "S".........

30. REPORTING OFFICER: Ptl. Joseph E. McGeeney 1034
SECOND OFFICER: Ptl. Joseph E. McGeeney
31. STATUS: OPEN / SUSPENDED / (CLOSED) / ARREST / EXCEPTIONAL MEANS
32. SUPERVISOR APPROVING: B.M. Coley
33. DATE/TIME TYPED
34. UNIT REFERRED TO:
35. UCR DISPOSITION
36. REVIEWER

# CENTREVILLE POLICE DEPARTMENT
## SUPPLEMENT REPORT

DATE: 19 DEC. 1999

| | | |
|---|---|---|
| 1. COMPLAINANT, DRIVER #1, VICTIM OR ARRESTEE<br>STATE OF MARYLAND | 2.<br>CPD | 3. COMPLAINT NO.<br>**99/12-11569** |

| COMPLAINANT ADDRESS<br>420 N. COMMERCE STREET - CENTREVILLE, MD. | X FORM USED TO REPORT FOLLOWUP INVESTIGATION OR<br>SUPPLEMENTAL INFORMATION | OFFENSE DATE<br>12/19/99 |
|---|---|---|

| 4.<br>*Centreville* | 5. PAGE NO.<br>3 of 3 | 6. TRAFFIC CITATION NUMBER<br>Y 211527, Y 211528, & Y 211529 | 9. CORRECT OFFENSE OR INCIDENT CLASSIFICATION<br>HINDERING & RESISTING ARREST | CHANGED ? |
|---|---|---|---|---|

| 7. KIND OF REPORT CONTINUED<br>OFFENSE    ACCIDENT    (ARREST)    X FOLLOWUP OR<br>SUPPLEMENTAL | 10. MULTIPLE CLEAR- UP ?<br>YES          (NO) |
|---|---|

| 8. OFFENSE, CHARGE OR INCIDENT ON ORIGINAL REPORT<br>HINDERING & RESISTING ARREST | 11. VALUE OF RECOVERED PROPERTY<br>s. N/A |
|---|---|

INSTRUCTIONS FOR FOLLOWUP OR SUPPLEMENTAL USAGE

UNDER NARRATIVE, RECORD YOUR ACTIVITY AND ALL DEVELOPMENTS SUBSEQUENT TO LAST REPORT      T
SEE ORIGINAL REPORT FORM FOR ADDITIONAL INSTRUCTIONS

| ITEM<br>NUMBER | |
|---|---|
| | ************************************ CONTINUED ************************************ |
| | IN CENTREVILLE, MD. WHERE THEY HAD THE PROPER HOLDING FACILITIES FOR MULTIPLE PRISONERS. |
| | MR. BRITTINGHAM WAS ALSO DEMANDING THAT THESE SUBJECTS BE ARRESTED FOR THROWING BOTTLES. |
| | WHILE PLACED IN THE HOLDING CELL AND UPON MY ARRIVAL AFTER THE INVESTIGATION CONCLUDED |
| | AT THE SCENE, I OBSERVED AND HEARD MR. BRITTINGHAM TO CONTINUE TO YELL AND CARRY ON IN |
| | A DISORDERLY MANNER. THIS OCCURRED FOR SEVERAL HOURS. HE WAS EVENTUALLY CHARGED WITH |
| | COMMON LAW HINDERING, COMMON LAW RESIST ARREST, ARTICLE 27 - 121B2 : DISORDERLY CONDUCT, |
| | TRANSPORTATION ARTICLES; 21 - 801A : DRIVING VEHICLE IN EXCESS OF REASONABLE AND PRUDENT SPEED, |
| | 21 - 901.1B : NEGLIGENT DRIVING, AND 21 - 902A : DWI. HE WAS TAKEN BEFORE THE DISTRICT COURT |
| | COMMISSIONER AND RELEASED ON PERSONAL RECOGNIZANCE. |

| | 33. DATE/TIME TYPED    NO. | TTY #: |
|---|---|---|

| 30. REPORTING OFFICER                NO.<br>Pfc. Joseph E. McGeeney 1034 | 31. STATUS (CIRCLE ONE)<br>OPEN / SUSPENDED (CLOSED) (ARREST) / EXCEPTIONAL MEANS | 34. UNIT REFERRED TO: | 35. UCR DISPOSITION |
|---|---|---|---|
| SECOND OFFICER<br>*Pfc. Joseph E. McGeeney* | 32. SUPERVISOR APPROVING                NO. | 36. REVIEWER | NO.<br>*10 R* |

# EXHIBIT B

1

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF MARYLAND

3  DARRELL A. BRITTINGHAM      :

4  Plaintiff      :

5  v.                         :      CASE NO.

6  JOSEPH E. McGEENEY,        :      AMD 02 CV 4055

7  AND TOWN COUNCIL OF        :

8  CENTREVILLE, INC.          :

9  Defendants      :      Pages 1 - 180

10

11

12  Deposition of Darrell A. Brittingham

13  Centreville, Maryland

14  Thursday, February 26, 2004

15

16

17

18

19

20

21  Reported by:  Linda H. Cole, Notary Public

8

1    A    No.   I took the insurance off of it.

2    Q    Do you have it up on blocks?

3    A    No.

4    Q    Is it garage kept?

5    A    No.

6    Q    What do you drive today?

7    A    A '99 Ford Explorer.

8    Q    To get back, you're driving down Little

9    Kidwell and you're hit with a bottle?

10    A    Yes.

11    Q    Did you stop at that point and get out of

12    your car to see what happened to it?

13    A    No.   I took off because I didn't want

14    anything else to happen.   Like I say, it was me and 25

15    people so there wasn't much that I could really do

16    about it.

17    Q    So you rounded the corner on Brown?

18    A    Yes.

19    Q    Then what happened?

20    A    When I turned the corner on Brown Street,

21    that's when I noticed the police car on the right-hand

8

```
 1   side.

 2        Q     How fast were you driving down Little

 3   Kidwell?

 4        A     I couldn't have been going more than 35

 5   miles an hour.

 6        Q     When you rounded the corner onto Brown how

 7   fast were you going?

 8        A     Maybe 25 or 30.

 9        Q     After you were hit with the beer bottle, did

10   you pick up your speed at all?

11        A     Yeah.

12        Q     How fast do you think you were going after

13   you got hit with the beer bottle?

14        A     About 35.

15        Q     So did you round the corner at 35?

16        A     I slowed down a little bit when I got to the

17   corner.

18        Q     So when you rounded the corner on Brown you

19   saw a police car?

20        A     Yes.

21        Q     How did you know it was a police car?
```

86

1          A      Because the lights were on.

2          Q      Were there flashing lights?

3          A      Flashing lights.

4          Q      On the roof?

5          A      I can't remember if they were on the roof or

6    if they were on the inside the car.  I just knew it

7    was a police car.

8          Q      Was it from the Centreville police

9    department?

10         A      Yes, it was.

11         Q      Did it have the Centreville insignia on it?

12         A      It had Centreville Police Department on the

13   side of the car.

14         Q      It didn't say sheriff's department?

15         A      Not this particular car.

16         Q      Do you recall what color it was?

17         A      It was blue and white.

18         Q      Where was the blue and where was the white?

19         A      I'm not real sure on that, honestly.  It's

20   whatever color the Centreville cars are.  Like I say,

21   it could have been blue and yellow.  I'm not positive

8

1          Q       What did you do at that point?

2          A       I got out of my vehicle and walked over to

3    somebody that was standing there and asked them where

4    the police officer was.

5          Q       When you parked your car, where did you

6    leave your car?

7          A       It was in the middle of the road.

8          Q       So you stopped in the middle of the single

9    lane of traffic?

10         A       Yes.

11         Q       Was there room to pull over to the right?

12         A       Not with all the people standing there, and

13   then there happened to be -- there was regular cars

14   parked up the street, too.

15         Q       So did you leave your door open?

16         A       I believe I did.

17         Q       Did you leave your engine running?

18         A       Yes, I did.

19         Q       And you got out of your car and you walked

20   back -- you walked like towards this congregation of

21   people?

9(

1        A      Yes.

2        Q      What was on your mind?  What did you want to

3    do?

4        A      I wanted to tell the police officer what had

5    happened to me around the corner because I wanted

6    somebody arrested.

7        Q      You saw the blinking lights?

8        A      Yes.

9        Q      Did you think that the police officer was

10   doing anything in particular?

11       A      I wasn't even thinking about that at the

12   time.

13       Q      Was it a traffic stop?  Was the police

14   officer involved in a traffic stop?

15       A      No.

16       Q      How did you know it wasn't a traffic stop?

17       A      I didn't realize that until I got up closer

18   to the police officer.

19       Q      When you got out of the car you approached

20   this congregation of people and you said where's the

21   police officer?

9:

1      A      Yes.

2      Q      And how far were you from them?

3      A      The people?

4      Q      Yes.

5      A      Maybe five or 10 feet.

6      Q      Did you recognize anybody?

7      A      No, I didn't.

8      Q      Were they all black people as well?

9      A      Yes, they were.

10     Q      And they directed you towards the police

11 officer?

12     A      I heard the police officer yelling, I'm over

13 here.

14     Q      At that point when you got out of your car,

15 did you ever say those fucking niggers threw a bottle

16 at my car?

17     A      No, I did not.

18     Q      After the police officer called you over,

19 what did you do at that point?

20     A      I explained my situation to him and asked

21 him to arrest somebody.  He proceeded to say that he

9

```
1    was busy and to stand off to the side, and that's what

2    I did.

3         Q     When you approached him did you see that he

4    was busy doing anything?

5         A     When I got up close to him I saw that he had

6    somebody detained on the ground

7         Q     Was there anyor

8         A     No.

9         Q     The gentleman on

10   handcuffed or anything?

11        A     Yes.  He was when

12        Q     The guy sitting on

13        A     Yes.

14        Q     Was there another gentleman sitting on the

15   ground next to him?

16        A     I can't remember if there was or not.

17        Q     Okay.  How close was the congregation of

18   people to the police officer?

19        A     Between 20 and 25 feet.

20        Q     So they were about 25 feet away from him?

21        A     Yes.
```

*B  FF Dep  92-93*

1      Q      That police officer, do you know who he is?

2      A      Yes, I do.

3      Q      What's his name?

4      A      Joseph McGeeney.

5      Q      Is Mr. McGeeney present here today?

6      A      Yes, he is.

7      Q      And this is the gentleman that you

8   approached --

9      A      That's him.

10     Q      -- on my right.  Did you know Officer

11   McGeeney prior to that night?

12     A      Not on a personal level, no.

13     Q      How did you know Officer McGeeney?

14     A      I have seen him in and out of Hillside a few

15   times in my travels.

16     Q      Hillside?

17     A      Hillside grocery store.

18     Q      The place where you used to work?

19     A      Yes.

20     Q      Did you know that Joseph McGeeney was a

21   police officer in Centreville?

9
1        A    Yes.

2        Q    Did you ever have an occurrence to be picked

3    up or pulled over or given citations by Officer

4    McGeeney?

5        A    No, I hadn't.

6        Q    So when you walked up to Officer McGeeney

7    you said to him -- you told him what had happened on

8    Little Kidwell?

9        A    Yes.

10       Q    Did he take the time to listen to you?

11       A    Not really.  He just said stand over there.

12   I mean he let me got out what I said, but then he said

13   I'll be with you in a minute and stand off to the

14   side.

15       Q    Did Officer McGeeney see you approaching him

16   when you got out of your car?

17       A    I'm not sure if he did or not.

18       Q    What was the lighting like on Brown Street

19   that night?  Are there street lights?

20       A    Yes.

21       Q    Are they pretty bright?

9

1      A      They seemed to be pretty bright.

2      Q      Could you see the congregation of people

3   that were 25 feet away?

4      A      Yes.

5      Q      Could you see your car on the street --

6      A      Yes.

7      Q      -- when you were talking to Officer

8   McGeeney?

9      A      Yes.

10      Q      Did you ever think that you should have

11   closed your door and turned your engine off?

12      A      I wasn't even thinking about that at the

13   time.

14      Q      What did Officer McGeeney say to you when he

15   said step aside -- did you continue to ask him for

16   help and assistance?

17      A      No.   I did exactly what he said, I stood off

18   to the side.

19      Q      Did you see the gentleman that he was

20   detaining?

21      A      I saw him on the ground, yes.

96

```
1        Q      Did he have handcuffs on?

2        A      Yes.

3        Q      Were the cuffs in the front of the gentleman

4    or in the back?

5        A      They were in the back.

6        Q      And was he detaining another gentleman?

7        A      Like I said, I don't remember the other

8    person if there was one.

9        Q      Did you see the circumstances which caused

10   the gentleman to be put into handcuffs?

11       A      No, I didn't.

12       Q      So he had already been in cuffs when you

13   arrived?

14       A      Yes.

15       Q      Was the congregation doing any yelling or

16   screaming?

17       A      They were actually pretty calm.  There was a

18   few of them that were yelling a little bit, but they

19   were calmer than what you would expect.

20       Q      Did you feel intimidated at all?

21       A      A little bit.
```

104

1    to detain the suspect or whoever he had on the ground.

2    He wasn't mean or anything.  He seemed to be in a good

3    demeanor at that time.

4         Q    So you started to walk away, and you were

5    tackled?

6         A    Yes.  I was grabbed from behind and thrown

7    face first onto the ground.

8         Q    Did Officer McGeeney ever tell you that you

9    were under arrest?

10        A    No, he did not.

11        Q    Did any of the sheriffs ever tell you that

12   you were under arrest?

13        A    No.

14        Q    After you claim Officer McGeeney knocked you

15   to the ground, what transpired then?

16        A    That's when I got a little flustered.  I was

17   telling them that I had had previous shoulder and back

18   surgery and for them to be careful, and I was trying

19   to resist them putting the cuffs on because I didn't

20   want my shoulder to come out of place.  The next thing

21   I know is I heard a pop, and I knew something was

10!

1   wrong with my back, somebody had kneed me so hard.

2   And like I said, when I turned around and I saw

3   Officer McGeeney on my back so he's the one that did

4   it.

5       Q    Okay.  Did the two sheriffs get involved at

6   that point?

7       A    They could have.  I'm not really sure.  I

8   never saw them.  I only looked around to my right side

9   and saw Officer McGeeney.  He's the only one I

10  actually saw on top of me.

11      Q    So where did you put your hands to avoid

12  them putting the cuffs on?

13      A    I tried to keep them underneath of me like

14  this.

15              (Witness indicating.)

16      Q    So you were face down with your hands

17  underneath?

18      A    Yes.

19      Q    And Officer McGeeney was on your back?

20      A    Yes.

21      Q    And did the two sheriffs come to Officer

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

DARRELL A. BRITTINGHAM      ❊

       Plaintiff      ❊

     ❊

vs.      ❊     Civil No.: 02 CV 4055 SKG

     ❊

JOSEPH E. McGEENEY, et al      ❊

     ❊

       Defendants      ❊

---

## CERTIFICATE REGARDING DISCOVERY

TO THE CLERK:

PLEASE TAKE NOTE that on April 27, 2004, the Plaintiff in the above-captioned matter, by and through undersigned counsel, served, via regular first-class mail, postage prepaid, to **Michael T. Hamilton, Esquire, Marks, O'Neill, O'Brien & Courtney, The Bonaparte Building, 8 East Mulberry Street, Baltimore, Maryland 21202, Attorney for Defendants McGeeney & Town of Centreville.**, the following material:

TYPE OF DISCOVERY:      Plaintiff's Response to Requests for Admissions of Joseph McGeeney and Town Council of Centerville.

            McCARTHY & COSTELLO, L.L.P.

By: _____

       MICHAEL L. SANDUL
       One Town Center
       4201 Northview Drive, Suite 410
       Bowie, Maryland 20716
       (301) 262-7422

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

**REQUEST NO. 5:** Prior to the alleged incident occurring on December 19, 1999, I, Darrell A. Brittingham, had a prior physical condition which caused me to wobble when I walk.

**RESPONSE:** Admitted.

**REQUEST NO. 6:** I, Darrell A. Brittingham, had never spoken to Joseph E. McGenney prior to the alleged incident occurring on December 19, 1999.

**RESPONSE:** Admitted.

**REQUEST NO. 7:** To my knowledge, Joseph McGeeney has never had a reason to hate me or view me with any particular malice.

**RESPONSE:** Objection. The Plaintiff can neither admit nor deny this Request because it calls for him to read Mr. McGeeney's thoughts

**REQUEST NO. 8:** Prior to the incident in question, I, Darrell A. Brittingham, had left Dover Downs Racetrack and driven my uncle to his home which is located in Wye Mills, Maryland.

**RESPONSE:** Admitted.

**REQUEST NO. 9 :** When, I, Darrell A. Brittingham, arrived upon Brown Street immediately prior to the alleged incident, Joseph McGeeney was in the process of arresting two male African-American.

**RESPONSE:** Denied, but the Plaintiff admits that two individuals were already arrested.

**REQUEST NO. 10:** Upon my arrival upon Brown Street immediately prior to the alleged incident, I, Darrell A. Brittingham, noticed a large crowd of African-Americans gathered.

**RESPONSE:** The Plaintiff denies that there was a "large crowd" of African Americans gathered, but does admit that there were some African-Americans present.

**REQUEST NO. 11:** I, Darrell A. Brittingham, exclaimed, "Those fucking niggers are throwing bottles at my car" upon arriving on Brown Street immediately prior to the alleged incident.

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

**RESPONSE:** Denied.

**REQUEST NO. 12:** I, Darrell A. Brittingham, was found guilty of disorderly conduct and driving at excessive speed by the Honorable Floyd L. Parks on March 17, 2000.

**RESPONSE:** The Plaintiff admits that he was found guilty of disorderly conduct and driving at a speed greater than reasonable for the conditions then and there existing.

**REQUEST NO. 13:** I, Darrell A. Brittingham, was never punched or kicked by Joseph McGeeney during the alleged incident occurring on December 19, 1999.

**RESPONSE:** Admitted.

**REQUEST NO. 14:** The force used by Joseph McGeeney during the incident in question was reasonable and necessary to properly effectuate the arrest and in no way constituted excessive force.

**RESPONSE:** Denied.

**REQUEST NO. 15:** After Joseph McGeeney placed me within the police car, I, Darrell A. Brittingham, continued to thrash in the backseat, to such an extent the officers placed leg restraints on me.

**RESPONSE:** The Plaintiff denies that he thrashed before the incident but does admit that he thrashed about after being placed in the vehicle.

**REQUEST NO. 16:** While in the backseat of the police car after the alleged incident, I, Darrell Brittingham, was told by Officer Greene specifically to "calm down."

**RESPONSE:** Admitted.

**REQUEST NO. 17:** I, Darrell A. Brittingham, received in 1995.

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

**RESPONSE:**  Admitted.

McCARTHY & COSTELLO, L.L.P.

By: _____

MICHAEL L. SANDUL
One Town Center
4201 Northview Drive, Suite 410
Bowie, Maryland 20716
(301) 262-7422
Attorney for Plaintiff

McCARTHY
&
COSTELLO
L.L.P.
ONE TOWN CENTER
4201 NORTHVIEW DRIVE
SUITE 410
BOWIE, MD 20716
PHONE 301-262-7422
FAX 301-262-0562

# EXHIBIT D

STATE                                    *    IN THE DISTRICT COURT FOR

                                         *

VS.                                      *    QUEEN ANNE'S COUNTY,

                                         *    MARYLAND

DARRELL A. BRITTINGHAM                    *    CASE NO. 1M5517

                                         *

                    *    *    *    *    *    *    *

          The following is a transcript of the Court Trial in

the above matter held on March 17, 2000 in the District Court

for Queen Anne's County, Maryland before The Honorable Floyd

L. Parks.


          APPEARANCES:

          For the State:

               Christopher F. Drummond

          For the Defendant:

               David M. Williams



Melinda S. Kelley
Official Court Reporter
Kent County Circuit Court
103 N. Cross Street
Chestertown, MD 21620

49

1   you under medication for                                    houlder and low

2   back?

3          A    Yes.  I was on

4          Q    What was it?

5          A    Percocet.

6          Q    Have you been back to the doctor since this

7   incident with --

8          A    Yes.  I

9                            olems have increased?

10                          p to...I have to take two to three

11  Ty  *From*              er form of Percocet.  I have to take

12  th  *Here*              get me through the day.

13         Q    Okay.  Now, you heard the Officer testify that he

14  observed you wobbling and unsteady on your feet when you

15  walked from your car.  What do you have to say about that?

16         A    That's a normal activity for me.  If anybody

17  observed me walking anytime, I am wobbly.  I can't walk

18  straight.  I have a bad back.  I have a bad knee.  I mean, as

19  far as bloodshot eyes, I wear contacts.  You can look at me

20  right now.  My eyes are bloodshot.

21         Q    So you are saying you are bloodshot...your eyes are

22  bloodshot all of the time?

23         A    Yes.

24         Q    Okay.

25                          proof to me.

*to Here*

# EXHIBIT
# E

1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE STATE OF MARYLAND

DARRELL A. BRITTINGHAM,

    Plaintiff,

    vs.

JOSEPH E. MCGEENEY & TOWN
COUNCIL OF CENTREVILLE, INC.,

    Defendants.

COPY

Case No.
AMD-02-CV-4055

_____/

          Pursuant to notice, the deposition of
SERGEANT JOHN F. HEDDINGER, III, was taken on
Tuesday, March 23, 2004, commencing at 10:56 a.m.
at the Centreville Town Office, 101 Lawyers Row,
Centreville, Maryland 21617, before Kathryn M.
Benhoff, a Notary Public.

          Reported by KATHRYN M. BENHOFF


L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW  •  Suite 850, Washington, D.C. 20036
Tel: 202.861.3410  •  800.292.4789  •  Fax: 202.861.3425
Web: ladreporting.com  •  E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD  •  Baltimore, MD  •  Greenbelt, MD  •  McLean, VA

DEPOSITION OF SERGEANT JOHN F. HEDDINGER, III
CONDUCTED ON TUESDAY, MARCH 23, 2004

36

1    he down face first, was he on the side, was he facing up?

2        A    When they first went to the ground, is your

3    question?

4        Q    Right.

5        A    I don't remember how they first went down.

6        Q    Okay.  How about at any time when he was on the

7    ground, did you see which way he was facing?

8        A    Yes.

9        Q    Okay.  Which way was he facing?

10       A    Face down when they were cuffing him.

11       Q    All right.  Before they cuffed him, do you know

12   how he got face down?

13       A    No.

14       Q    When they were cuffing him, what was he doing?

15       A    Resisting.

16       Q    How was he resisting?

17       A    I remember screaming, thrashing, kicking.  I

18   remember a lot of kicking.

19       Q    Okay.  With his feet kind of like a --

20       A    Yeah.

21       Q    -- like swimming kick motion, that kind of thing?

22       A    No, more like kicking, bending your knee and

DEPOSITION OF SERGEANT JOHN F. HEDDINGER, III
CONDUCTED ON TUESDAY, MARCH 23, 2004

34

1    ground?

2        A    I don't remember absolutely.

3        Q    How about generally?  You can say generally.

4        A    I don't remember.

5        Q    Okay.  Were both Green and McGeeney behind him?

6        A    I don't remember.

7        Q    When he went to the ground, was he thrown to the

8    ground?

9        A    No.

10        Q    How did he go to the ground?

11        A    They just went over, like they tipped over onto

12    the grass.  It was like a grassy hill right behind the

13    sidewalk there.

14        Q    He just tipped over?

15        A    I don't know.

16        Q    Oh, okay.

17        A    I just seen them go over.

18        Q    All three of them?

19        A    Yes.

20        Q    Okay.  Which one was on the right and which one

21    was on the left of Mr. Brittingham?

22        A    I don't remember.

DEPOSITION OF SERGEANT JOHN F. HEDDINGER, III
CONDUCTED ON TUESDAY, MARCH 23, 2004

41

1      A      Don't remember exactly.

2      Q      Do you ever recall him saying or did he say his

3  back had been hurt or his shoulder had been hurt, take it

4  easy, anything like that?

5      A      I don't remember.

6      Q      Did you assist in any way in getting him into your

7  car?

8      A      After he was in my car.

9      Q      Okay.  So they got him into your car without your

10  assistance?

11      A      Yes.

12      Q      Were you still with the gentleman that was on the

13  ground?

14      A      Yes.

15      Q      Was the other gentleman that was across the street

16  still across the street?

17      A      I don't remember.

18      Q      Was the crowd still just standing around?

19      A      Yes.

20      Q      And you don't recall anything Brittingham was

21  screaming about?

22      A      Other than using the nigger word, because I was

DEPOSITION OF SERGEANT JOHN F. HEDDINGER, III
CONDUCTED ON TUESDAY, MARCH 23, 2004

42

1   afraid he was inciting the crowd that was gathered around

2   because it was predominantly blacks.

3        Q    What was he saying other than you just heard the N

4   word?

5        A    I don't remember the content.  I was just

6   concerned about that.

7        Q    All right.  They get him into the car.  I take it

8   they closed the door behind him?

9        A    Yes.

10       Q    Okay.  What happened then?

11       A    At that point, I remember coming over to my car

12  because he was kicking my window, and my console, center

13  console sticks out underneath the cage.  He had kicked, he

14  was kicking that.  I then either myself or Green retrieved

15  our nylon leg restraints and we restrained him.

16       Q    Okay.  As they got him in, before all that

17  happened when they got him in the car, did you observe the

18  manner in which they got him into the car?

19       A    I don't remember.

20       Q    Do you remember, did they slam him up against the

21  car?

22       A    I don't remember.

DEPOSITION OF SERGEANT JOHN F. HEDDINGER, III
CONDUCTED ON TUESDAY, MARCH 23, 2004

47

1    A    I suggested to McGeeney that we get him out of the

2    area and to the barrack.

3    Q    State Police barracks?

4    A    Yes.

5    Q    And did McGeeney agree with that?

6    A    Yes.

7    Q    And did you drive him to the State Police

8    barracks?

9    A    Yes.

10   Q    Okay.  Do you recall what time he was placed

11   under, or placed in your car?

12   A    No.

13   Q    Do you recall what time you got to the State

14   Police barracks?

15   A    No.

16   Q    You're talking about the police barracks on 301?

17   A    Yes.

18   Q    Was anybody in the car with you as you drove?

19   A    No.

20   Q    What happened, if anything, in the car as you got

21   there, as you drove, anything?

22   A    He just continued to scream and thrash around in

DEPOSITION OF SERGEANT JOHN F. HEDDINGER, III
CONDUCTED ON TUESDAY, MARCH 23, 2004

48

1    the back of the car.

2         Q    What was he screaming about?

3         A    I don't recall exactly.

4         Q    Did you ever hear him say his back was hurting or

5    his shoulder was hurting?

6         A    No.

7         Q    He didn't say that, or you don't recall it?

8         A    I don't recall.

9         Q    What happened to, if you know, the two other

10   gentlemen that were at the scene and supposedly secured?

11        A    I don't know what happened.

12        Q    You don't know where they went from the scene?

13        A    No.

14        Q    When you got to the State police barracks, was

15   anybody -- obviously, there were people there.  Do you

16   recall who was there?

17        A    No.

18        Q    Okay.  When you got to the State Police barracks,

19   did you get Mr. McGeeney out of the car?

20        A    No.

21        Q    How did he get out of the car?

22        A    Prior to arriving at the barrack, I called, had my