June 14, 2004

The Honorable Susan K. Gauvey
United States Magistrate Judge
United States District Court for the District of Maryland
Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    **Brittingham vs. McGeeney**
                **Case No.: SKG 02-4055**

Dear Judge Gauvey:

      Pursuant to the Court's instructions, I am writing this letter concerning the resolution of this case. Obtaining a compromise of the lien with Aetna has proved more difficult than expected. I am waiting to hear back from it's representative concerning our last offer and its last demand. I am hopeful that this matter will be resolved by tomorrow, June 15, 2004. Therefore, I ask your indulgence in allowing me one more day to try to resolve this issue.

      I will be out of the office in deposition but returning late this afternoon or early evening.

      Very truly yours,

      Michael L. Sandul

MLS/pmv
cc:    Michael T. Hamilton, Esquire