June 15, 2004

The Honorable Susan K. Gauvey
United States Magistrate Judge
United States District Court for the District of Maryland
Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    **Brittingham vs. McGeeney**
             **Case No.:  SKG 02-4055**

Dear Judge Gauvey:

    As a follow-up to my letter of June 14, 2004 the lien has been resolved and this matter is now settled.

    Thank you for your kind patience in this matter.

                                        Very truly yours,

                                        Michael L. Sandul

MLS/pmv
cc:    Michael T. Hamilton, Esquire